E-FILED
Monday, 18 July, 2016 10:54:42 AM
Clerk, U.S. District Court, ILCD
E-FILED
Tuesday, 26 May, 2015 11:29:13 PM
Clerk, U.S. District Court, ILCD
February 09, 2015
1–4

REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

**Page 1**

```
 1        IN THE UNITED STATES DISTRICT COURT
 2        FOR THE CENTRAL DISTRICT OF ILLINOIS
 3
 4   REGINALD TYRONE MURPHY,        )
 5            Plaintiff,            )
 6   vs.                           )CASE NO.:
 7   SHERIFF JEFF THOMAS, SGT. ROBERT)14CV-2125-CSB-DGB
 8   KIDD, and JAIL ADMINISTRATOR   )
 9   TRUSSELL,                      )
10            Defendants.           )
11
12
13
14        DEPOSITION OF REGINALD TYRONE MURPHY
15               9:30 a.m.
16          FEBRUARY 9, 2015
17
18
19
20
21   BY:  Susan Bell
22        Certified Court Reporter, CSR, CCR#14
23        Notary Public for the State of Alabama
```

**Page 2**

```
 1              STIPULATIONS
 2        IT IS HEREBY STIPULATED AND AGREED,
 3   by and between the parties through the respective
 4   counsel that the deposition of REGINALD TYRONE
 5   MURPHY, a witness in the above-entitled cause, may
 6   be taken before Susan Bell, Certified Shorthand
 7   Reporter and Notary Public for the State of
 8   Alabama At Large, at the FEDERAL CORRECTIONAL
 9   INSTITUTION-TALLADEGA, 565 East Renfroe Road,
10   Talladega, Alabama, on the 9th of February, 2015,
11   commencing at 9:30 a.m.
12
13        IT IS FURTHER STIPULATED AND AGREED
14   that the signature to and the reading of the
15   deposition by the witness is waived, the
16   deposition to have the same force and effect as if
17   full compliance had been had with all laws and
18   rules of court relating to the taking of
19   depositions.
20
21
22
23
```

**Page 3**

```
 1        IT IS FURTHER STIPULATED AND AGREED
 2
 3        that it shall not be necessary for any objections
 4   to be made by counsel as to any questions except as
 5   to form or leading questions, and that counsel for
 6   the parties may make objections and assign grounds
 7   at the time of trial, or at the time said
 8   deposition is offered in evidence, or prior
 9   thereto.
10
11
12               --o0o--
13
14
15
16
17
18
19
20
21
22
23
```

**Page 4**

```
 1              APPEARANCES
 2
 3   FOR THE DEFENDANTS:
 4        O'HALLORAN, KOSOFF, GEITNER & COOK, LLC
 5        Mr. Bhairav Radia
 6        650 Dundee Road, Suite 475
 7        Northbrook, IL  60062
 8        (847)291-0200
 9        bradia@okgc.com
10
11
12
13
14
15
16
17
18
19
20
21
22
23
```



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
5—8

Page 5

```
 1                  INDEX
 2    EXAMINATION BY:              PAGE:
 3      Mr. Radia                    6
 4
 5
 6                  EXHIBITS
 7    FOR THE DEFENDANT:          PAGE:
 8      Exhibit Number 1 ........................ 14
 9      Exhibit Number 2 ........................ 12
10      Exhibit Number 3 ........................ 142
11
12                  --oOo--
13
14
15
16
17
18
19
20
21
22
23
```

Page 6

1    I, Susan Bell, a Certified Shorthand
2  Reporter and Notary Public for the State of
3  Alabama, acting as commissioner, certify that
4  there came before me at FEDERAL CORRECTIONAL
5  INSTITUTION-TALLADEGA, 565 East Renfroe Road,
6  Talladega, Alabama, on February 9, 2015,
7  beginning at 9:30 a.m., REGINALD TYRONE
8  MURPHY, witness in the above cause, for oral
9  examination, whereupon the following
10 proceedings were had:
11
12      REGINAL TYRONE MURPHY
13      first having been duly sworn
14        testified as follows:
15
16 EXAMINATION BY MR. RADIA:
17
18    Q.  Mr. Murphy, can you state and
19 spell your full name for the record?
20    A.  Reginald Tyron Murphy;
21 R-e-g-i-n-a-l-d, T-y-r-o-n-e, M-u-r-p-h-y.
22    Q.  Mr. Murphy, my name is Bhairav
23 Radia. I'm an attorney representing Sheriff

Page 7

1  Thomas, Sergeant Kidd, and Jail Administrator
2  Trussell whom you have sued in federal court.
3  The case is pending in the Central District
4  of Illinois, 14-CV-2125.
5      I'm here to take your deposition.
6  Have you ever sat for a deposition before?
7    A.  No, sir.
8    Q.  Have you testified in court ever?
9    A.  No, sir.
10   Q.  Just to let you know a couple of
11 ground rules so that this process is easier for
12 you and for me, okay, and the court reporter,
13 the first thing is I'm going to ask questions
14 and you're going to answer my questions.
15     Your answers are being taken down
16 by the court reporter here. So, for her
17 benefit, we should not talk over each other.
18   A.  Okay.
19   Q.  If I ask you a question, you may
20 know where I'm going with it; but just hold
21 back, wait until I finish, and then answer.
22     I'll try and do the same with you.
23 Even if I know where your answer is going, I

Page 8

1  will let you finish it before I jump in with
2  another question.
3      Otherwise, for the court reporter,
4  it's difficult when two people are talking at
5  the same time.
6      Do you understand?
7    A.  (Witness nods head.)
8    Q.  The next rule is that you have to
9  say your answers out in words.
10     For example, if you mean to say
11 "yes," instead of just nodding your head as
12 you would do in normal conversation, you need
13 to say the word "yes;" and, if you need to
14 say "no," instead of shaking your head, you
15 need to say the word "no."
16   A.  Okay.
17   Q.  Again, it's because she's taking
18 down your testimony and my questions and she
19 cannot take down a nonverbal gesture because
20 it becomes unclear in the record later on.
21   A.  Okay.
22   Q.  The third thing is that I may,
23 from time to time, ask you a question that's



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
9–12

Page 9

1 unclear or poorly phrased; right?
2    A.  Yes.
3    Q.  I don't want you to guess.  Just
4 let me know that you don't understand the
5 question or that it's not clear and I'll try
6 to rephrase it so you understand it better.
7    A.  Okay.
8    Q.  I don't want you to guess when
9 you're answering these questions; okay?
10    A.  Okay.
11    Q.  If you need to take a break at any
12 time for any reason, you just let me know and
13 we'll take a break.
14    A.  Okay.
15    Q.  Having said that, let me start
16 with asking you some background questions.
17       What is your date of birth?
18    A.  June 1st, 1988.
19    Q.  And the last four of your Social
20 Security are 4396?
21    A.  Yes, sir.
22    Q.  Now, this case arises from your
23 stay in Moultrie County Jail; correct?

Page 10

1    A.  Yes.
2    Q.  When were you booked into Moultrie
3 County Jail?
4    A.  October 7th, 2013.
5    Q.  When did you leave?  When were you
6 transferred out of there?
7    A.  Thanksgiving morning of 2014.
8    Q.  The main reason for your lawsuit
9 or the only reason the Court has recognized
10 is your claim that you had a tooth problem,
11 more specifically a wisdom tooth that was
12 impacted; correct?
13    A.  Yes, sir.
14    Q.  You are alleging and claiming that
15 the Defendants in this case; Sheriff Thomas,
16 Sergeant Kidd, and Jail Administrator
17 Trussell were deliberately indifferent to
18 your need for medical care?
19    A.  Yes, sir.
20    Q.  Correct?
21    A.  Yes, sir.
22    Q.  So let me ask you:  When you were
23 booked into jail on October 7th, 2013, you

Page 11

1 didn't have any tooth problem at that time;
2 correct?
3    A.  No, sir.
4    Q.  "No" meaning you did not?
5    A.  No, sir.
6    Q.  No, you did not have a tooth
7 problem?
8    A.  No, I did not have no tooth
9 problem.
10    Q.  When did you first notice or feel
11 that you had a tooth problem?
12    A.  It was November of 2013.
13    Q.  Was there anything specifically
14 that happened?  I mean, did you bite into
15 something, or did something happen that
16 triggered this, or how do you remember it?
17    A.  No, sir.
18    Q.  You just started having tooth
19 pain?
20    A.  Yes, sir.
21    Q.  Other than the pain, did you have
22 any other symptoms when it first started?
23    A.  My mouth started bleeding and I

Page 12

1 put in a sick call to see the nurse.
2    Q.  Before we get into the documents,
3 let me just confirm for the record that we
4 have produced to you documents as directed by
5 the Court; your medical records, your jail
6 file, your grievances, and other documents
7 that were pertaining to your stay in Moultrie
8 County Jail.
9       I want to confirm for the record,
10 did you receive the documents that we sent
11 along with the correspondence Bates Numbered
12 Moultrie 1 to Moultrie 228?
13    A.  I have to 221.
14    Q.  Take a look at this.
15       For the record, I'm showing you a
16 set of documents Bates Numbered Moultrie 222
17 to 228.
18       Do you remember getting this?
19       (Defendant's Exhibit Number 2 was
20 marked for identification.)
21    A.  Yes.
22    Q.  So Moultrie 222 to 228, which you
23 confirm having received, are your records we

REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
13–16

Page 13

1  received from Dr. William Havlik's office?
2      A.  Yes.
3      Q.  That was in response to a subpoena
4  that my office had sent him; okay?
5      A.  Yes.
6      Q.  I want to also just put for the
7  record that we subsequently received your
8  medical records from Dr. Banghart, the oral
9  surgeon who did your removal of the tooth,
10  and we have not yet Bates Numbered those
11  documents.
12      I've shown them to you today, but
13  I'm going to go back and I'm going to Bates
14  Number them and send you a copy; okay?
15      A.  Okay.
16      Q.  What we'll do is, since you are --
17  since you have come today for your deposition
18  with a set of the documents that we produced
19  in discovery, you can refer to your set; and
20  I'm going to have a set here which I'm going
21  to refer to.
22      We're going to have several of
23  these documents which we'll identify by these

Page 14

1  Bates Numbers at the bottom.  So we're going
2  to talk about them and then I'm going to have
3  a group exhibit I'm going to attach to your
4  deposition transcript; okay?
5      A.  Okay.
6      Q.  I'll mark the group exhibit as
7  Group Exhibit 1, but I'm going to wait until
8  we finish and give you all the documents that
9  we've used; okay?
10      (Defendant's Exhibit Number 1 was
11  marked for identification.)
12      A.  Okay.
13      Q.  There may be some we won't use.
14      So, before we start into the
15  records that we have concerning your stay,
16  let me ask you:  What is your understanding
17  as to how does the process work in Moultrie
18  County Jail?  How did it work when you were a
19  detainee there in terms of getting medical
20  attention from a doctor or from a nurse?
21      A.  You put in a sick call.
22      Q.  In writing?
23      A.  In writing.

Page 15

1      After that, the nurse comes in
2  once a week and the doctor comes in once a
3  month.
4      You get to see the nurse and the
5  nurse will look at it and do whatever she has
6  to do and then she will put it to the doctor
7  if she thinks it needs to be seen by him.
8      Q.  Where do you get this -- you said
9  you have to put in a Sick Call Request?
10      A.  Yes.
11      Q.  We've seen several Sick Call
12  Requests that we produced in discovery to
13  you; correct?
14      A.  Yes.
15      Q.  Those are the forms you're talking
16  about?
17      A.  Yes.
18      Q.  Where do you get those forms?
19      A.  From the officers.
20      Q.  Are they available in the dayroom
21  area?
22      A.  No, sir.  You have to ask for
23  them.

Page 16

1      Q.  Okay.  There are several Sick Call
2  Requests pertaining to your tooth that we've
3  produced in discovery.
4      You've reviewed them all; right?
5      A.  Yes.
6      Q.  Let's get into the specifics.
7  You said that in November is when you first
8  noticed that you had a tooth problem; right?
9      A.  Yes, sir.
10      Q.  Okay.  Let's look at what we have
11  previously Bates Numbered as Moultrie 53.
12      A.  (Witness complies.)
13      Q.  Okay.  Is this the first Sick Call
14  Request Form that you filled out complaining
15  about your tooth?
16      A.  Yes, sir.
17      Q.  This is dated November 15th, 2013;
18  correct?
19      A.  Yes, sir.
20      Q.  In that, you basically say that
21  you want to see a dentist because you have a
22  wisdom tooth growing in wrong and your gum is
23  continually bleeding; correct?



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
17–20

Page 17

1  A. Yes, sir.
2  Q. Then, what happened next?
3     It looks, from our records -- and
4  correct me if I'm wrong at any stage -- what
5  we see next in connection with your tooth is
6  -- before we go to the next thing, who did
7  you give this to? Do you remember?
8  A. I gave it to the officer that was
9  passing out the meds.
10  Q. Okay.
11  A. That's what they tell us to do.
12  Once you fill it out, hand it to the officer
13  who's coming around.
14  Q. And then the officer puts it in to
15  the --
16  A. To the nurse.
17  Q. -- nurse?
18     And then you get on a sick call
19  list?
20  A. Yes.
21  Q. And then the nurse comes and sees
22  you?
23  A. Yes. Once a week.

Page 18

1  Q. Was there a nurse's station or
2  medical office where you were seen by the
3  nurse?
4  A. Yes, sir. There's a little room
5  they have there, but there's no nurse on --
6  on staff.
7  Q. Okay. When she comes?
8  A. Once a week, if she comes.
9  Q. What if there's an emergency?
10  A. They call the doctor at home. You
11  do a protocol list.
12  Q. So that's a separate form?
13  A. Yeah, it's a separate form.
14  Q. We'll get to the protocol forms,
15  too.
16     Let's look at -- so you turned in
17  the Moultrie 53, the Sick Call Request dated
18  November 15th, 2013, to an officer; correct?
19  A. Yes, sir.
20  Q. Take a look at Moultrie 50 and
21  Moultrie 51.
22  A. (Witness complies.)
23  Q. From what we have seen in your

Page 19

1  medical file -- wait. I think I have this
2  one wrong. This is from December. Hold on a
3  second.
4     Sorry. Correction for the record.
5  Take a look at Moultrie 51 and 52.
6  A. (Witness complies.)
7  Q. Okay. From what we've seen in
8  your medical file, Moultrie 52 is a Medical
9  Progress Note.
10     Do you see that?
11  A. Yes.
12  Q. It's dated November 19th, 2013.
13     Do you agree?
14  A. Yes.
15  Q. Before this lawsuit started and
16  before you got a copy of Moultrie 52, had you
17  seen it before, this particular document?
18  A. Only at the nurse's station.
19  Q. When she was filling it out?
20  A. Yes.
21  Q. Is that how it worked? When you
22  were being looked at by the nurse, how did it
23  go? Did she first start asking you what your

Page 20

1  problem was?
2  A. Yes, sir.
3  Q. She already had your Sick Call
4  Request?
5  A. Yes, she already had my sick call.
6  Q. So she knew what you had written
7  over there; correct?
8  A. Yes.
9  Q. Do you remember more specifically
10  the conversation that you and the nurse had
11  on November 19th, 2013?
12  A. She asked my blood pressure. She
13  checked my weight.
14  Q. And she noted here the complaint
15  is tooth pain; correct?
16  A. Yes.
17  Q. Okay. Then, what did she do?
18  A. She did my vital signs and then
19  she prescribed me some medicine.
20  Q. In terms of checking, what did she
21  do?
22  A. She just looked in my mouth and
23  told me it looked like a baby teething and



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
21—24

Page 21

1 that the pain would go away.
2         She told me to take the Ibuprofen
3 and the Advil and the pain should go away.
4 She said "It's just like a baby teething."
5     Q.   Were you also seen by a doctor on
6 that same day?
7     A.   No, sir.
8     Q.   On November 19th, 2013?
9     A.   No, sir.
10     Q.   At the bottom of the Medical
11 Progress Note, Moultrie 52, is a nurse's
12 signature.
13         Do you see that?
14     A.   Yes.
15     Q.   Is that the nurse -- I believe the
16 nurse was Nancy Stevely.
17     A.   I think so.
18     Q.   Does that name ring a bell?
19     A.   I know her first name is Nancy. I
20 guess that's her last name.
21     Q.   Do you recognize her handwriting,
22 like, on this form?
23     A.   No, sir, I don't recognize her

Page 22

1 handwriting.
2     Q.   Did you see her writing on this
3 form while your visit was going on with her?
4     A.   Are you talking about her
5 signature?
6     Q.   No. At any time while you were
7 with her in the room, did you see her writing
8 on this form?
9     A.   Yes, sir.
10     Q.   It's noted here under "Assessment"
11 -- do you see, in the middle of the page, it
12 says: "Left back wisdom tooth"?
13         I can't read the rest of that
14 sentence, but there's something else on the
15 next line. It says: "Area around the tooth
16 opening, noted edema around the gum area."
17         That's how I'm reading it, but did
18 -- when you read this or if you're reading
19 it, do you agree that that's generally what
20 it's saying?
21     A.   I can't tell what it is saying.
22     Q.   Anyway, between the time that
23 you filled out the Sick Call Request Form on

Page 23

1 November 15th, 2013, which was Moultrie 53,
2 until the time the nurse saw you on November
3 19th, 2013, between that time period, did you
4 fill out any other Sick Call Request Forms
5 concerning your tooth?
6     A.   No. They tell you, if you put one
7 in, to wait until the nurse sees you.
8     Q.   So the nurse saw you on the 19th.
9         Then, if you look at Moultrie 51,
10 there's some medicine that was prescribed to
11 you that day and that medication is written
12 both on Moultrie 52 and Moultrie 51; and it's
13 medication that seems to start with "C," the
14 letter "C."
15         Do you see that?
16     A.   Yeah, I guess that's a "C." I
17 can't read what it's saying.
18     Q.   You mentioned that she said "Take
19 Ibuprofen," or was it Tylenol?
20     A.   I was taking Ibuprofen, Tylenol,
21 and Advil. They was switching it all up.
22     Q.   We can't read this. We're going
23 to have the nurse or medical staff transcribe

Page 24

1 this for us later.
2         You do agree that there's some
3 medication that is written on both 52 and 51
4 that seems to have been prescribed for you
5 that starts with the letter "C" -- I can't
6 read the rest -- and it says: "150 MG"?
7         Do you see that?
8     A.   I see it.
9     Q.   It says: "BID, 7 days."
10         I assume that -- do you agree that
11 suggests that whatever was prescribed to you
12 was for seven days?
13     A.   Yes, sir.
14     Q.   Do you know what "BID" means?
15     A.   No, sir.
16     Q.   Okay. Neither do I, but that's
17 what we have as your first visit with the
18 nurse.
19         What else do you remember about
20 that visit, other than what you've just told
21 me?
22     A.   Nothing else.
23     Q.   How long did that visit last? Do



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
25–28

Page 25

1  you remember?
2      A.  I think, 3 minutes, if that long.
3      Q.  When you were seen by Nurse Nancy
4  on November 19, 2013, was your mouth bleeding
5  at the time?
6      A.  Yes, sir.
7      Q.  Did she say anything about the
8  bleeding?
9      A.  She said:  "The tooth is cutting
10  through the gum so it's like a baby teething
11  and the Tylenol" -- "the pain medicine should
12  stop it."
13      Q.  Now, you're saying "Tylenol," but
14  are you sure that it was Tylenol because --
15      A.  I was taking Ibuprofen, Advil, and
16  Tylenol.  It was 800 milligrams.  They gave
17  me two of one pill and two of the other pill.
18  They just kept rotating it around.
19      Q.  What about this medication that
20  starts with a "C" that was prescribed?
21      A.  I don't know.  I can't even read
22  what it is.
23      Q.  Right.  Do you remember getting

Page 26

1  that, as well, something other than Tylenol
2  and Advil and Ibuprofen?
3      A.  No.
4      Q.  The next document we have from
5  your medical file is a Medical Progress Note
6  from November 27, 2013; and that is Bates
7  Numbered Moultrie 65.
8          Do you agree this is a document
9  that, again, on the top, is titled:  "Medical
10  Progress Note"?
11      A.  Yes.
12      Q.  Do you see the date "November 27,
13  2013"?
14      A.  Yes.
15      Q.  Now, before you received this
16  document from us, had you seen it before in
17  the similar way with the last document where
18  did you see someone fill something out while
19  you were --
20      A.  No, sir.
21      Q.  -- talking with the nurse?
22      A.  No, sir.
23      Q.  -- or the doctor?

Page 27

1      A.  No, sir.
2      Q.  So this document you've never seen
3  before this case started?
4      A.  No, sir.
5      Q.  Do you remember seeing the nurse
6  or a doctor between November 19th, 2013 and
7  November 27th, 2013?
8      A.  No, sir, I don't remember.
9      Q.  On November 27th, 2013, do you
10  remember seeing a doctor or a nurse?
11      A.  No, sir.
12      Q.  So the way this document reads --
13  and this is, again, for the nurse or doctor
14  to confirm -- there are some things that you
15  can read over here (indicating.)
16          What can you read from this?  What
17  is your understanding?
18      A.  "Left lower molar, PX abrasive to"
19  -- I guess "L" with a circle around it; and I
20  can't read that word (indicating.)
21          I see, on the fifth line, it says:
22  "Tender."
23      Q.  Right.

Page 28

1      A.  I can't read that (indicating.)
2      Q.  I think there's something noted
3  about bleeding.
4      A.  Yeah, bleeding.  I see "bleeding."
5  It looks like "RX."
6          I think it's a tooth, what it says
7  right there (indicating.)
8          I can't read the other one.  Oh,
9  "Elevates BP."
10      Q.  Correct.
11      A.  I don't know what number two says.
12      Q.  Right.  On this other column, the
13  column which is marked "Plan," do you see
14  there's a medication prescribed?
15      A.  Right, "Amoxicillin."
16      Q.  500 milligrams?
17      A.  That's because I got an infection
18  in my mouth.
19      Q.  From the tooth?
20      A.  Yeah, from the tooth.  It cut a
21  hole in the side of my jaw.
22      Q.  Okay.
23      A.  There was an open hole in the side



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
29–32

Page 29

1  of my jaw and the gum -- every time I opened
2  my mouth to chew, the tooth was constantly
3  cutting it.
4      Q.  Okay.
5      A.  Yeah.  That's why they gave me
6  the Amoxicillin, because I got an infection
7  because the tooth was cutting my mouth.
8          It says: "Ibuprofen, 200 grams"
9  -- or "milligrams," and I don't know what the
10  last word is.  It starts with an "M."
11      Q.  "Monitor."
12      A.  Okay.  "Monitor blood pressure two
13  times a week."
14      Q.  Do you recognize the signature at
15  the bottom of that "Monitor BP" line?
16      A.  I don't know whose signature it is
17  but it's on --
18      Q.  Several of these pages.
19      A.  Yeah, it's on a lot of them.
20      Q.  Okay.  Do you see right on the top
21  right-hand of the document?
22      A.  It says: "Want to see dentist,
23  refer."

Page 30

1      Q.  Right.  Now, could it be that you
2  just don't remember but you may have seen the
3  doctor or nurse on 11/27/2013?
4      A.  I don't remember seeing a doctor.
5      Q.  Do you rule that out, though?
6      A.  I can't say if I've -- what do you
7  mean "rule it out"?
8      Q.  Meaning, you can't say one way or
9  the other because you don't remember --
10      A.  No, sir, I don't remember.
11      Q.  -- one way or the other?
12      A.  I don't remember seeing him.
13      Q.  The next document in the timeline
14  from your medical file is what we've marked
15  as Moultrie 56 and 57.  Have a look at that.
16      A.  (Witness complies.)
17      Q.  All right.  Do you recognize this
18  form?  It's a two-page form; correct?
19      A.  Yes, sir.
20      Q.  What is it?  Is this the protocol
21  form that you were talking about?
22      A.  Yeah, these are the protocols.
23      Q.  Okay.  How did this work?  Is this

Page 31

1  filled out -- what's your understanding of
2  how or when -- under what circumstances are
3  these protocol forms filled out?
4      A.  These are filled out if you keep
5  complaining and there's no nurse there.
6          If you tell them you need to go to
7  the hospital, they call the doctor and talk
8  to the doctor over the phone and they come
9  and ask you these questions; like, "When was
10  your injury," "How long ago was your injury"
11  and all that.
12          They take your blood pressure and
13  stuff and then they get this form and all
14  your answers and they call the doctor; and
15  the doctor, over the phone, tells them to
16  give you some medicine.  The doctor tells the
17  correction officer to give you some medicine.
18      Q.  So, basically, what you're saying
19  is: If it's an urgent problem, an emergency
20  problem, or you keep complaining and there's
21  no nurse on that particular day available or
22  no doctor available, then, you're complaining
23  to the correctional officer; and then he goes

Page 32

1  and fills out this protocol form?
2      A.  Yes, sir.  They fill this out and
3  then they call the doctor and then they come
4  give you the medicine that he prescribes over
5  the phone to you.
6      Q.  Do you remember the name of the
7  doctor during this period of time when you
8  had your tooth problem in the Moultrie County
9  Jail?
10      A.  No, sir.
11      Q.  This is our understanding from the
12  documents because his name appears somewhere
13  as Dr. Dan Williams.
14          Does that ring a bell?
15      A.  I never knew his name.
16      Q.  But you had seen the doctor?
17      A.  Yeah, I had seen the doctor.
18      Q.  So this protocol form is a two-
19  page form, Moultrie 56 and 57, and it seems
20  like it's preprinted in the top right hand
21  where it says:  "Dental pain;" right?
22      A.  Yes.
23      Q.  Do you see that?



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
33–36

Page 33

1  A. Yes.
2  Q. So this is the form they're using
3  for dental pain, when you complain about the
4  tooth pain, it looks like.
5  A. Yes.
6  Q. Right?
7  A. It looks like it.
8  Q. It's got your name, your date.
9  Other than looking at this form,
10 do you remember specifically, on November 28,
11 2013, what exactly you were complaining about
12 and what happened during the protocol filling
13 out and process?
14 A. I was complaining about the
15 medicine not working and I was constantly
16 trying to see the doctor or get to a dentist
17 and get it pulled out.
18 Q. For these questions on page one of
19 the form, which is Moultrie 56, it looks like
20 this form has some questions under "S" and
21 then some questions under "O;" right?
22 A. Yes.
23 Q. And then there's some questions or

Page 34

1  some things written out under "P;" correct?
2  A. Yes.
3  Q. It says: "How long in pain?" And
4  this based on what you gave?
5  A. Yes.
6  Q. He asks you these questions, the
7  correction officer?
8  A. Yes.
9  Q. Now, is he writing all this down
10 in front of you?
11 A. He was outside the door. I was
12 talking through the chuckhole they feed out
13 of.
14 Q. I see. So he's outside your cell
15 door?
16 A. Outside the pod door.
17 Q. Outside the pod door?
18 A. Yeah.
19 Q. And you're in the dayroom?
20 A. Yeah, in the dayroom.
21 Q. Do you see him filling this out?
22 A. Yes, sir.
23 Q. While you're talking to him?

Page 35

1  A. (Witness nods head.)
2  Q. How does he take your vitals?
3  A. I stick my arm through the door
4  and he puts it around my wrist or my arm.
5  Q. He takes your vitals under the
6  "Exam Detainee" portion; and, under "All,"
7  he's taking your vitals. Then, it's noted
8  "Restriction: Movement of jaw," and "No."
9  The "P" portion, the "Treatment,"
10 is all typed up. Do you know if that typed-
11 up portion is filled in after the doctor is
12 spoken to?
13 A. I don't know for sure.
14 Q. If you turn over to the second
15 page of the protocol form from November 28th,
16 2013, which is Moultrie 57, it looks like
17 this portion, do you agree, is filled out
18 after he has spoken to the doctor? There is
19 a section in the middle that says
20 "Physician's Orders;" right?
21 A. Yes, sir.
22 Q. What does it say?
23 A. "Take 2 Tylenol and 2 Ibuprofen

Page 36

1  two times a day. Try either ice pack or warm
2  rag."
3  Q. Down below is the physician's
4  name, I suppose that signature which we were
5  talking about earlier. It looks like this is
6  the signature of the doctor.
7  A. Yes.
8  Q. "PA Williams," it says, which is
9  Dr. Williams.
10 And Correctional Officer Wilbur is
11 the one that filled out the form; right, the
12 protocol form?
13 A. Yes, she did.
14 Q. What's her first name?
15 A. I don't know her first name.
16 Erica, Erica Wilbur.
17 Q. Now, back to the first page of the
18 form, Moultrie 56, there are some medications
19 noted.
20 Do you notice that?
21 A. Yes.
22 Q. It says: "Amoxicillin 500 MG, 2
23 tablets twice a day for 10 days."



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
37–40

Page 37

1    Whatever medications are shown in
2  your chart -- along with the documents, you
3  got the chart of medications; right?
4    A.  Yes.
5    Q.  Do you agree that that -- those
6  charts reflect accurately the medications you
7  were given while you were in Moultrie County
8  Jail?
9    A.  Yes.
10    Q.  I don't want to go into each of
11  these in detail and belabor the point; but
12  what I'm trying to say is:  Where it says,
13  for example, on Moultrie 56, "Amoxicillin"
14  and then it says "Tylenol" and "Ibuprofen,"
15  you agree that those were given to you;
16  right?
17    A.  Yes.  The Amoxicillin was for the
18  infection.
19    Q.  Right.
20    A.  And the Tylenol to mask the pain.
21    Q.  For the pain, right.
22    It's noted that you are allergic
23  to Penicillin; correct?

Page 38

1    A.  Yes, sir.
2    Q.  It says:  "For Severe Infection:
3  Keflex (Cephalexin) 500 MG 2 tablets twice a
4  day for 10 days."
5    Do you remember getting Cephalexin
6  or Keflex?
7    A.  No, sir.
8    Q.  Let's move to the next day, which
9  is, according to the documents we have in
10  your jail file, medical file, is November 30,
11  2013, Moultrie 54 and 55.
12    A.  (Witness complies.)
13    Q.  All right.  Do you see Moultrie 54
14  and 55 is, again, a two-page protocol form;
15  correct?
16    A.  Yes.
17    Q.  This one is dated November 30th,
18  2013; correct?
19    A.  Yes.
20    Q.  What prompted this complaint that
21  led to this protocol form?
22    A.  Because the Tylenol and Ibuprofen
23  they was giving me to cover up the pain and

Page 39

1  cover up the problem was not working.  I was
2  still in pain the whole time.
3    Q.  So you complained again?
4    A.  Yes.
5    Q.  And, again, there was no nurse so
6  they filled out the protocol form; correct?
7    A.  Yes, sir.
8    Q.  The officer that filled this one
9  out, do you remember who it was?
10    A.  I don't remember who it was.
11    Q.  We found out from the jail and I
12  sent you a letter -- did you get the letter I
13  sent recently identifying this officer as
14  Jeremy Jean?
15    A.  Yes.
16    Q.  The jail informed me that that
17  signature on Moultrie 55, the officer's
18  signature was Jeremy Jean.
19    Do you have any reason to dispute
20  that?
21    A.  No, sir.
22    Q.  Do you remember Officer Jean?
23    A.  Yes, I remember him.

Page 40

1    Q.  Officer Jean took your complaint.
2    Other than the complaint you just
3  testified about that the medication Tylenol
4  and Ibuprofen was not doing it for the pain,
5  was there anything else that you complained
6  to Jeremy Jean about on November 30th, 2013?
7    A.  No, sir, only about my tooth.
8    Q.  Then, there are notes on the first
9  page based on questions that he asked you;
10  correct?
11    A.  Yes.
12    Q.  Do you agree you were asked "When
13  was the last dental exam or treatment" and
14  you answered "3 days ago"?
15    A.  Yes.
16    Q.  And then he asked you what your
17  past history of infection or surgery was and
18  you mentioned two teeth were pulled; is that
19  correct?
20    A.  Yes.
21    Q.  What are you referring to about
22  the two teeth?
23    A.  I had two teeth pulled in Houston



REGINALD TYRONE MURPHY                                    February 09, 2015
MURPHY vs. SHERIFF JEFF THOMAS, et al.                           41—44

Page 41

1   County, Alabama.
2       Q.   That's before you --
3       A.   That was February of 2013.
4       Q.   So these are two other wisdom
5   teeth?
6       A.   They were at the top of my mouth.
7       Q.   Right.  Not the ones that --
8       A.   Not the ones I was complaining in
9   Moultrie County about.
10      Q.   So you were just giving them a
11  history?
12      A.   Yes.
13      Q.   About the two teeth being pulled;
14  right?
15      A.   Yes.
16      Q.   And then on page two is where the
17  officer fills out the physician's orders.
18          Do you notice that?
19      A.   Yes.
20      Q.   What does it say?
21      A.   "Take Tylenol."
22      Q.   Did you get Tylenol, then, more
23  Tylenol?

Page 42

1       A.   Yes, to try to cover up the pain.
2       Q.   When the officer comes back, does
3   he tell you that the doctor -- this is what
4   the doctor said?
5       A.   Yes.
6       Q.   How much time passes between —
7   generally, between the time that you were
8   asked questions on page one of the protocol
9   form and then the officer goes and comes back
10  with the doctor's orders?
11      A.   About 20 or 30 minutes.
12      Q.   Was this protocol procedure or
13  system available to you at any time in the
14  day or night?
15      A.   Any time that we're out in the
16  dayroom between 6:00 in the morning to 10:00
17  at night.
18      Q.   What about if something happens
19  while you're in your cell sleeping at night?
20      A.   You have to be in dire need like
21  you're going to die.  Otherwise, you're not
22  going to get no treatment until the next
23  morning.

Page 43

1       Q.   Did you ever need to call anyone
2   while you were sleeping at night?
3       A.   Yes.
4       Q.   For the tooth?
5       A.   Yes.
6       Q.   What did you do then?
7       A.   I pressed the button that's by the
8   wall and they told me to wait until in the
9   morning.
10      Q.   Okay.  When did that happen?
11      A.   It was around this same time.
12      Q.   While your tooth was hurting?
13      A.   Yeah, it was about my tooth.
14      Q.   The reason I asked you about the
15  timing is, if you notice here on Moultrie 56
16  and 57, which was the earlier protocol form,
17  November 28th, 2013, the time is noted; right
18  --
19      A.   Right.
20      Q.   -- as 21:30?
21          This one from November 30th, 2013,
22  Moultrie 54 and 55, the time is noted as
23  11:15 in the morning; right?

Page 44

1       A.   That's at night.
2       Q.   Night?
3       A.   That was night time.
4       Q.   11:15?
5       A.   No.  The 21:30 is 9:30.
6       Q.   At night?
7       A.   Yeah.
8       Q.   And then Moultrie 54 and 55 --
9       A.   Is 11:15 in the morning.
10      Q.   -- is 11:15 in the morning?
11          Okay.  The next document that we
12  have in this timeline, based on your medical
13  records and jail file, is a Grievance Form
14  dated November 30th, 2013, Moultrie 135.
15      A.   Okay.
16      Q.   Do you recognize this document?
17      A.   Yes, sir.
18      Q.   Is that your handwriting?
19      A.   Yes.
20      Q.   Did you fill this out at Moultrie
21  County Jail?
22      A.   Yes.
23      Q.   On what date?



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
45—48

Page 45

1    A.  November 30th, 2013.
2    Q.  Before I get into it, has this --
3  this is a Grievance Form that you filled out;
4  right?
5    A.  Yes.
6    Q.  You're grieving against Sergeant
7  Kidd?
8    A.  Yes.
9    Q.  Was he a Sergeant at the time or
10  was he a correctional officer?
11    A.  Sergeant.
12    Q.  Has this got anything to do with
13  your tooth problem, or is it --
14    A.  Yes.
15    Q.  -- connected to something else?
16    A.  This is my tooth problem.
17    Q.  So what are you complaining about?
18    A.  Do you want me to read it?
19    Q.  Sure.  I mean, your handwriting is
20  pretty clear; but it looks like, if I was to
21  briefly summarize it, that you're complaining
22  about Sergeant Kidd changing your --
23    A.  Yes.

Page 46

1    Q.  -- medications without calling a
2  nurse or a doctor?
3    A.  Yes.
4    Q.  What medications do you believe he
5  changed?
6    A.  Like, in the previous doctor's
7  orders for the two Tylenol and two Advil, he
8  only gave me two Tylenol.
9    Q.  Okay.
10    A.  He gave me two Tylenol and two
11  Ibuprofen.  I mean, the two Ibuprofen was not
12  given to me.  He just gave me two Tylenol.
13    Q.  Okay.
14    A.  Instead of getting 800 milligrams
15  of pain medicine, I only got 400 because he
16  read the prescription wrong, and I did not
17  get it that night.
18       The next day I had to complain to
19  the next correction officer that was on, and
20  he looked at it and seen that he had crossed
21  it out.
22       He called the doctor and the
23  doctor said "Yes, he's supposed to have 800

Page 47

1  milligrams," and they started giving me my
2  800 milligrams.
3    Q.  How did the process work in terms
4  of handing your medications out in Moultrie
5  County Jail?
6    A.  The correction officers look at
7  the prescriptions and then they give you the
8  medicine in little cups through the door.
9    Q.  And Kidd was on duty that -- what
10  shift was that, if you recall?
11    A.  I don't recall what shift it was.
12    Q.  Was it on the 29th of November?
13    A.  No.  It says the 30th.
14    Q.  All right.  So, then the -- do you
15  know why that happened?  You believe that --
16  you said "He read it wrong" or "He got it
17  wrong."  I don't remember exactly your words.
18    A.  I said "He read it wrong."
19    Q.  Kidd read it wrong?
20    A.  Yeah, I guess he read it wrong.
21    Q.  Did you have any conversation with
22  Kidd?
23    A.  Yeah.  We got into an argument

Page 48

1  about it.
2    Q.  Were you telling him he should be
3  giving you --
4    A.  I told him I was supposed to get
5  four pills instead of two.
6    Q.  And what did he say?
7    A.  "Well, this all you're getting, is
8  the two pills, because this is what it says,
9  so do you want it or not?"
10    Q.  Okay.
11    A.  He was just being a dick about it.
12    Q.  This was one time it happened.
13  The next morning, when you -- or the next day
14  --
15    A.  At breakfast time.
16    Q.  -- at breakfast time you talked to
17  another officer and then he recognized that
18  you were supposed to get --
19    A.  Four pills instead of two.
20    Q.  -- four pills instead of two?
21    A.  Right.
22    Q.  And then he fixed it immediately?
23    A.  Yeah, he fixed it.  The next



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
49–52

Page 49

1 officer did, not Sergeant Kidd.
2     Q.   So you basically -- to summarize
3 what actually happened, because of Sergeant
4 Kidd misreading your prescription order from
5 the doctor or from the nurse, you got less
6 pain medication on that one occasion?
7     A.   Yes, sir.
8     Q.   Now, there is something else that
9 you noted in the grievance that I wanted to
10 ask you about.  You say: "Furthermore, I
11 would also like to know why the US Marshals
12 were not called when I requested to go to the
13 hospital."
14         What's that about?
15     A.   Because I wanted to go to the
16 hospital so a doctor could see my mouth and
17 take me to get it examined by a real doctor.
18     Q.   Did you ever put in a request for
19 that up until this point?
20     A.   Yes.
21     Q.   I see.
22     A.   I asked to go to the doctor, yes.
23     Q.   If I understand this correctly,

Page 50

1 what I'm trying to figure out is if we are
2 missing a form here.
3         From the time we started in the
4 timeline, the first Sick Call Request Form we
5 have that we talked about was November 15th,
6 2013, Moultrie 53.
7     A.   Yes.
8     Q.   Right?
9     A.   Yes, sir.
10     Q.   Then, until this point, we are now
11 at November 30th, 2013, when you wrote this
12 Grievance Form, Moultrie 135?
13     A.   Yes.
14     Q.   So what I'm trying to understand
15 is: Between November 15th, 2013 and November
16 30th, 2013, it's not like you put in other
17 Sick Call Request Forms --
18     A.   No, sir.
19     Q.   -- right?
20     A.   No, sir.  We talked about the sick
21 calls I put in.
22     Q.   So what you're saying is, in that
23 first Sick Call Request Form from November

Page 51

1 15th, 2013, Moultrie 53, where you say "I
2 need to see the dentist," you're referring to
3 the grievance, which is Moultrie 135?
4     A.   Yes, sir.
5     Q.   You understand what I'm asking;
6 right?
7     A.   You asked me did I put in to go to
8 the hospital?
9     Q.   Right.
10     A.   Yes, sir, I understand what you're
11 saying.
12     Q.   Am I right that, in the Grievance
13 Form, Moultrie 135, what you're meaning by
14 saying: "I would like to know why the US
15 Marshals were not called when I requested to
16 go to the hospital," that request -- if we
17 put quotes around "when I requested to go to
18 the hospital," you're referring to --
19     A.   The dentist.
20     Q.   -- the dentist that you asked for
21 when you filled out the Sick Call Request
22 Form from November 15th, 2013, Moultrie 53?
23     A.   Yes.

Page 52

1     Q.   There's no other request to go to
2 the hospital between -- you're referring to
3 other than that Moultrie 53; right, up to
4 this point?
5     A.   No, sir.  I don't have any.
6     Q.   Right.
7         You're looking at documents so I
8 will wait until you let me know you're ready
9 because I don't want to ask you a question
10 while you're looking at stuff.
11     A.   (Witness reads document.)
12         On 11/1, I put in a Grievance Form
13 asking: "Why is there no nurse or doctor on
14 duty and it takes weeks to be seen in the
15 federal?  When we ask to see the nurse or
16 doctor, we have to wait for a local in order
17 to be seen because they can charge the local
18 but the federal inmates are free so we have
19 to wait on them.  I do not think it is right.
20 That is cruel and unusual punishment."
21         I put that in about why we can't
22 see the doctor.  That's Moultrie 132.
23     Q.   Right.  You just read from



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
53–56

Page 53

1  Moultrie 132, which is a -- what is that, a
2  grievance?
3      A.  A Grievance Request Form.
4      Q.  That's a Grievance Request Form
5  you filled out on November 1st, 2013; right?
6      A.  Yes.
7      Q.  Fair enough.  Thanks for pointing
8  that out.
9          That was November 1st, 2013.  So I
10  want to just confirm:  Between November 15th,
11  2013 and November 30th, 2013, did you fill
12  out any other Sick Call Request Forms other
13  than Moultrie 53?
14      A.  Not between those 15 days, no,
15  sir.
16      Q.  Between November 15th, 2013 and
17  November 30th, 2013, did you fill out any
18  other grievance forms other than Moultrie
19  135?
20      A.  No, sir.
21      Q.  All right.  So, now, in Moultrie
22  135, getting back to that, what's all the
23  rest of the stuff that you're talking about?

Page 54

1      A.  (No response.)
2      Q.  Can you explain the "Walk-on
3  correctional officers are not doctors" and so
4  on?
5      A.  Because the correction officers
6  are not capable or not doctors enough to hand
7  out our medicine or prescribe us medicine.
8          Everywhere I've been, there's a
9  nurse on call or a doctor on call or they
10  have a nurse's station where there's a nurse
11  there at least 10 or 12 hours a day.
12          Moultrie County is the only one
13  that does not have a nurse or a doctor on
14  staff; and, if you have a major problem,
15  there should be someone there you can talk to
16  and not have to wait for somebody to make a
17  phone call if they think it's serious enough
18  for them to call the doctor.
19      Q.  You mean somebody physically
20  should be there --
21      A.  Somebody physically should be
22  there to take care of us if we have a medical
23  problem and we shouldn't have to wait a week

Page 55

1  to see a nurse if she decides to come or a
2  month to see the doctor if he decides to
3  come.
4      Q.  What you're complaining about is
5  this protocol procedure that's in place where
6  you're able to make complaints of medical
7  problems, in the absence of the nurse or
8  doctor physically being present in the jail
9  and the doctor being available by phone and
10  giving orders to the correctional officer
11  based on what the correctional officer is
12  narrating about the inmates' problems, you're
13  saying that procedure is inadequate?
14      A.  Yeah, it's inadequate.
15      Q.  You want the doctor to be there or
16  a nurse to be there physically in the jail?
17      A.  Yeah, because the doctor is giving
18  us medicine and he's not there to see us to
19  actually do a thorough examination.
20          He's going by what the correction
21  officer is going by, what they're telling
22  him, and they're not even doctors or nurses
23  themselves.

Page 56

1      Q.  Do you agree, though, that the
2  correctional officers, between this time
3  frame when you were having your tooth
4  problem, were following the doctor's orders
5  and they were giving whatever medications the
6  doctor told them to give you?
7      A.  I can't say if they was giving it
8  to me.
9          I know that they was giving the
10  medicine that they say the doctor was telling
11  them but I wasn't there to actually hear the
12  doctor tell them that and the doctor wasn't
13  there to be present while they were giving me
14  the medicine.
15      Q.  Fair enough.
16          In terms of at least what you've
17  seen from the protocol forms where it's noted
18  "Physician's Orders:  Tylenol or" --
19      A.  On the paper.
20      Q.  On the paper, right.
21          Based on what you've seen on the
22  paper, you did get those medications; right?
23      A.  Yes, besides this is one time.



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
57–60

Page 57

1    Q.   Right.
2    A.   Yeah.
3    Q.   Now, at the bottom of Moultrie
4  135, it looks like there's a response from
5  the Jail to your grievance of November 30,
6  2013; is that correct?
7    A.   Yes.
8    Q.   Do you recognize the handwriting?
9    A.   No, sir.
10   Q.   Do you know who responded to
11  grievances while you were at Moultrie County
12  Jail?
13   A.   No, sir.  They -- at the bottom,
14  it says: "Administration Making Response,"
15  and the number "322."
16       I don't know who is number 322.
17  That's their jail number.  I don't know who
18  that is.
19       They're supposed to have signed
20  right it here where it says: "C/O Receiving
21  Form."
22   Q.   Right.
23   A.   They're supposed to sign it but

Page 58

1  it's not signed.  It's just dated and the
2  Administrator Making Response Number is 322.
3       The form is not completely filled
4  out the way it's supposed to be.
5    Q.   Where were these Grievance Request
6  Forms in the dayroom or foyer?  How did you
7  get them?
8    A.   For the Grievance Request Forms
9  and the Sick Call Forms, you have to ask the
10  correction officers that's on to get one.
11   Q.   Whoever is on duty?
12   A.   Yeah, whoever is on duty, you have
13  to ask them to get a Grievance Form or a Sick
14  Call Form.
15   Q.   Do they give you a copy of your
16  Grievance Form with their response written
17  out when they've responded?
18   A.   Yes, sir.  The majority of the
19  time they give you a response they say:
20  "Within three days, if you don't have a
21  response, write another sick call or write
22  another grievance."
23   Q.   So you would have gotten back this

Page 59

1  response, Moultrie 135?
2    A.   Yes, sir.
3    Q.   The next document we have from
4  your medical file is Moultrie 58 and that is
5  dated December 3rd of 2013.
6    A.   Yes.
7    Q.   What is this document?
8    A.   It says: "I have been getting
9  a numb feeling in my left arm and pinky
10  fingers, also have this same feeling from
11  time to time."
12   Q.   This is dated 12/3/2013; right?
13   A.   Yes.
14   Q.   And you filled it out?
15   A.   Yes.
16   Q.   Does this have anything to do with
17  your tooth?
18   A.   No, sir.
19   Q.   And you're not complaining about
20  -- in this lawsuit, about anything to do with
21  a finger?
22   A.   No.  The nurse told me it was just
23  because I had my arm bent and I was putting

Page 60

1  pressure on my arm.  That's why I was doing
2  it.  She said it was nothing serious.
3    Q.   All right.
4    A.   Nancy said that.
5    Q.   The reason I asked is because I
6  don't want to waste time on it.
7    A.   Okay.
8    Q.   Do you agree it's not relevant to
9  your claim in this lawsuit?
10   A.   No, sir.
11   Q.   The next thing we have is -- I'm
12  just letting you know that I'm not going to
13  include Moultrie 58 in our group exhibit.
14   A.   Okay.
15   Q.   I've been setting aside the
16  documents after we've been talking about
17  them; but, since this numbness in the finger
18  is not relevant, I'm not going to include
19  that one.
20   A.   Okay.
21   Q.   Moultrie 59 is the next one, and
22  this is -- do you recognize this document?
23   A.   Yes.

REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
61—64

Page 61

1    Q.   What is that?
2    A.   This is about the numbness in my
3 finger. This is what I told you Nancy said
4 about when I had my arm bent.
5    Q.   It's a Medical Progress Note dated
6 December 6th, 2013; right?
7    A.   Yes.
8    Q.   It looks like you were seen by
9 Nurse Nancy for the finger?
10    A.   Yes.
11    Q.   And she filled out this stuff
12 pertaining to that visit; right?
13    A.   Yes.
14    Q.   Not relevant to your case; right?
15    A.   Well, the only thing is, due to my
16 tooth, I couldn't eat so I was losing weight.
17         On this, you can see from the
18 first sheet I was 206 and I had lost 2 pounds
19 within that time frame because I couldn't eat
20 because of my jaw and I didn't want to keep
21 getting infections.
22    Q.   Okay.
23    A.   So it shows that my weight is

Page 62

1 going down.
2    Q.   Then, I guess it's relevant and we
3 should keep it in.
4    A.   Yeah.
5    Q.   We'll just keep Moultrie 58 and 59
6 in the group exhibit. Why not?
7    A.   Okay.
8    Q.   During this December 6th, 2013
9 visit with Nurse Nancy, you didn't complain
10 about your tooth, did you?
11    A.   No, sir.
12    Q.   And she has down here — I see,
13 that's what she was saying: "Exercise arms
14 stretching extremities."
15    A.   Yes.
16    Q.   That's what you said she meant by
17 that?
18    A.   Yes.
19    Q.   Did she prescribe any medication
20 for you?
21    A.   No, sir.
22    Q.   Now, you're saying the weight is
23 204 pounds?

Page 63

1    A.   Yes.
2    Q.   And you're comparing it to, I
3 guess, Moultrie 52?
4    A.   Yes. I was 206 on Moultrie 52.
5    Q.   And you attribute that 2 pound
6 weight loss to you not eating well because of
7 the tooth pain?
8    A.   Yes. Every time I chewed down on
9 something, I was biting the inside of my gum
10 and it was causing it to get worse and worse.
11 The hole was getting bigger on the side of my
12 jaw.
13    Q.   The next document we have from
14 your medical file and jail file is Moultrie
15 140.
16         What is Moultrie 140? What's the
17 date on that document?
18    A.   12/13/2013.
19    Q.   What is it?
20    A.   It says: "I was wondering why I
21 haven't received my antibiotics that the
22 doctor prescribed for me 3 weeks ago."
23         It's a Grievance Request Form.

Page 64

1    Q.   Right. What antibiotics are you
2 referring to?
3    A.   For the tooth.
4    Q.   And this was prescribed through
5 the protocol?
6    A.   Yes.
7    Q.   The protocol — no. Actually, I
8 take that back. The protocol doesn't have
9 it.
10         Can you identify when this was
11 prescribed?
12    A.   It says, on the Grievance Form, "3
13 weeks ago." So it was three weeks before the
14 13th of December, 2013.
15         Right up under that's the response
16 that the correction officer gave me. He said
17 "The nurse should be here on 12/17/2013, put
18 in a sick call slip and discuss it with her."
19    Q.   What I'm not seeing, though, is
20 where we find when the doctor prescribed you
21 that. Did we miss it?
22    A.   It has --
23    Q.   Here's why I'm saying we may have



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
65—68

Page 65

1  to get this information from the medical
2  staff at Moultrie County Jail.
3       If you look at Moultrie 51 -- do
4  you remember we went through Moultrie 51, the
5  medication that was --
6       A.  Yes.
7       Q.  It started with "C."
8       A.  I'm guessing that's a "C."
9       Q.  Right.  I don't know if that's
10  what that is.
11       What I'm trying to say is, other
12  than that, I see -- okay.  We see Moultrie
13  65.  You're right, that's where we saw it.
14       A.  I've got it.
15       Q.  We talked about it earlier; right?
16       A.  Yes.
17       Q.  Moultrie 56 says: "Amoxicillin;"
18  right?
19       A.  Yes.  "Amoxicillin and Ibuprofen."
20       Q.  That was November 27, 2013; right?
21       A.  Yes.
22       Q.  Do you know how that process
23  worked?  When a doctor gave the order for the

Page 66

1  prescription, then, did the nurse make the
2  arrangements for the medications to be given
3  to the correctional officers?
4       A.  If the doctor gives the order for
5  the medication, then, they're supposed to
6  start it that day.  He'll tell them to start
7  it that day and tell them when it stops.
8       Q.  All right.  So that's Moultrie
9  140.
10       Now, between November 30, 2013,
11  which was Moultrie 135, the Grievance Form
12  you filled out on that day, and then December
13  13, 2013, the Grievance Form you filled out
14  which is Moultrie 140, did you submit any
15  grievances concerning your tooth in that time
16  frame?
17       A.  No, sir, because I was supposed to
18  have been on medicine.  I was doing like the
19  nurse told me, "Just give it time to work."
20       Q.  Okay.
21       A.  That's why I didn't put in another
22  one.
23       Q.  Okay.  The next Sick Call Request

Page 67

1  we have is Moultrie 50.  Do you see Moultrie
2  50?
3       A.  Yes.
4       Q.  That's a Sick Call Request Form
5  that you filled out?
6       A.  Yes.
7       Q.  That's your handwriting?
8       A.  Yes.
9       Q.  What's the date on that?
10       A.  12/16/2013.
11       Q.  What are you complaining – what
12  are you asking about?
13       A.  "I need to see the doctor about my
14  prescribed medicine that he prescribed me but
15  I have not received."
16       That's the same as -- it's three
17  days after I said that I haven't received the
18  antibiotics prescribed me three weeks ago.
19       Q.  You were basically --
20       A.  I was doing a follow-up.
21       Q.  Right.  You were doing what the
22  jail staff had told you, "Put in a Sick Call
23  Request for the prescription medication;"

Page 68

1  right?
2       A.  Yes.  I was going by what they
3  told me to do, so I did it how they told me
4  to do it.
5       Q.  Right.
6       A.  As soon as I got this, I put in
7  the Sick Call Request so I could make the
8  deadline on the 17th.
9       Q.  Right.  Okay.  The next thing we
10  see is Moultrie 49.  Do you recognize that
11  document?
12       A.  Yes.
13       Q.  What's the date on it?
14       A.  12/17/2013.
15       Q.  What is that, a Medical Progress
16  Note?
17       A.  Yes.
18       Q.  It looks like you saw the nurse,
19  then, on that day; right?
20       A.  Yes, about the toothache.
21       Q.  This was in response to your Sick
22  Call Request of December 16th --
23       A.  Yes, sir.



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
69–72

Page 69

1     Q.   -- 2013; right?
2     A.   Yes, sir.
3     Q.   It says: "Complaint: Toothache."
4          Do you notice what the weight
5 shows over there?
6     A.   It went up.
7     Q.   What does it show?  It goes up to
8 210; right?
9     A.   Yes.
10     Q.   The next thing I notice here is --
11 I can't make it out, but it says:  "S/S;"
12 right?
13     A.   Yes.
14     Q.   I can't make out what it says.
15     A.   I don't know what it means.
16     Q.   Under "Plan," it says:  "Nasol for
17 wisdom tooth."  That's what I read it as.  In
18 parentheses, it says:  "Gum soreness."
19          Do you agree?
20     A.   That's what it looks like.
21     Q.   What is Nasol, do you know?
22     A.   I'm guessing that's "Nasol."
23     Q.   Maybe I'm reading it wrong.  I

Page 70

1 don't know.  Nasol, I'm thinking, may be a
2 medication of some sort.
3     A.   I don't know.
4     Q.   You know what, it's just not
5 clear.  That's fine.
6     A.   I see "wisdom tooth" and "gum
7 soreness," but I can't read the first two
8 words.
9     Q.   I agree with you.
10          It says:  "Follow-up:  As needed,"
11 and "Patient education:  Wisdom tooth."
12          What did the nurse tell you, do
13 you remember, this visit?
14     A.   No, I don't remember this visit.
15     Q.   Did you get your antibiotics after
16 this visit?
17     A.   I don't know.
18     Q.   We'd have to look at your chart;
19 right?
20     A.   Yeah, we'd have to look and see
21 and the dates are cut off.
22     Q.   Yeah, on mine, too.
23     A.   If you look at Moultrie 47 where

Page 71

1 I told you Officer Kidd crossed out the "2
2 Tylenol," the next officer came back and put
3 "2 Tylenol plus 2 Ibuprofen 2 times a day"
4 because the first time he crossed out the "2
5 Tylenol."
6     Q.   We're looking at Moultrie 47.  For
7 the record, it is a Medication Administration
8 Record; right?
9     A.   Yes, sir.
10     Q.   It's a chart that has lists --
11 that lists the medications and the dates and
12 hours that you were given those medications;
13 right?
14     A.   Yes, sir.
15     Q.   I see what you're saying.  You're
16 saying that "2 Tylenol" was crossed out.
17     A.   After I complained about it, it
18 came back -- they put it back and put "2
19 Tylenol plus 2 Ibuprofen" to make it clear
20 for the next officer.
21     Q.   You notice on this chart, Moultrie
22 47, that medication with a C is mentioned
23 there?  You seemed to have been getting that.

Page 72

1     A.   At the top?
2     Q.   At the top, "150 MG twice a day."
3     A.   I don't know what that medication
4 is.
5     Q.   Do you remember taking another
6 pill other than Tylenol?
7     A.   I can't say if I did or didn't.
8     Q.   I'm going to try -- I agree with
9 you -- this is how we got it from the jail,
10 these charts.  It looks like they're maybe --
11 my guess is that they're in a bound book or
12 something.
13     A.   They're in a three-ring binder.
14     Q.   When they're photocopying it, they
15 might be putting the binder on the copier and
16 that may be why the date is getting cut off.
17     A.   Okay.
18     Q.   We can't tell what the month is,
19 but we can see the date and the year; right?
20     A.   Yes, sir.
21     Q.   Sometimes you can see a month but
22 it's not very clear.
23          Look at the bottom of Moultrie 47.



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
73—76

Page 73

1  Do you see where it says: "Charting For
2  November, 2013"?
3      A.  Yes.
4      Q.  So that seems to give us an
5  indication; right?
6      A.  (No response.)
7      Q.  Then, on Moultrie 46, that's not
8  filled out.
9      A.  It's not filled out on Moultrie 46
10  or Moultrie 48.
11      Q.  Right. So, at least on Moultrie
12  47, we know that's for November. It makes
13  sense because your Tylenol incident with Kidd
14  was in November; right?
15      A.  Yes.
16          On 46, it has to be -- it says the
17  same thing, "2 Tylenol 1000 mg, 2 Ibuprofen
18  400 mg, 2 times a day for 5 days."
19      Q.  Now, I notice on Moultrie 47 -- by
20  the way, do you see, on Moultrie 47, where it
21  says: "Ice pack as needed"?
22      A.  Yes.
23      Q.  Did you use an ice pack?

Page 74

1      A.  Yes, sir.
2      Q.  What did it consist of? What kind
3  of ice pack was it?
4      A.  It's the blue ones you stick in
5  the freezer and let it freeze.
6      Q.  How was that made available to
7  you?
8      A.  I had to ask the CO to give me
9  one whenever he had a chance and to change it
10  out. I'd give him the one that wasn't frozen
11  and he'd give me another one.
12      Q.  Did the CO, whoever it may have
13  been, give you an --
14      A.  Officer Jean.
15      Q.  Did you get an ice pack every time
16  you requested it?
17      A.  Yes.
18      Q.  Was an ice pack ever denied you
19  when you requested it?
20      A.  No, sir.
21      Q.  I just want to make a note I want
22  to include your medication charts, Moultrie
23  46, 47, and 48, in our group exhibit, also.

Page 75

1      A.  We'll get the ones with the dates
2  on them?
3      Q.  Yes, we'll have to get the ones
4  with the dates on them.
5      A.  Okay.
6      Q.  I'm also going include -- take a
7  look at Moultrie 41, 42. Those are
8  medication charts, as well.
9      A.  Okay.
10      Q.  We can see the months on those.
11  Do you see, on Moultrie 41, at the bottom, it
12  says: "February, 2014"?
13      A.  Okay.
14      Q.  Do you agree?
15      A.  Yes.
16      Q.  Look at 42.
17      A.  "March, 2014."
18      Q.  It says: "March, 2014;" right?
19      A.  Yes.
20      Q.  So you agree we will add Moultrie
21  41 and 42 to your group exhibit?
22      A.  Okay.
23      Q.  And, as we find more charts, let

Page 76

1  me know.
2          Here's another one, Moultrie 26
3  and 27.
4      A.  March 3rd is after I got my tooth
5  pulled?
6      Q.  Look at Moultrie 26. Do you agree
7  that, at the bottom, it indicates it's your
8  medication chart for the period April 12th,
9  2014 to April 30th, 2014?
10      A.  Yes.
11      Q.  So we'll include that in the group
12  exhibit.
13          Moultrie 27 is another medication
14  chart for a month that doesn't seem to be
15  identified well.
16      A.  I don't have a date.
17      Q.  We'll put that in and we'll have
18  to get another copy.
19          Look at Moultrie 22. Do you agree
20  that Moultrie 22 is your medication chart for
21  May, 2014?
22      A.  Yes. It looks like "May, 2014."
23      Q.  Then, you pointed out Moultrie 3;

REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
77–80

Page 77

1  right?
2     A.  Yes.
3     Q.  It looks like it's "June, 2014;"
4  right?
5     A.  Yes.
6     Q.  After your surgery?
7     A.  Yes.
8     Q.  Surgery for the removal of the
9  wisdom tooth; right?
10     A.  Yes, sir.
11     Q.  We'll include that, too.
12        All right.  Let's go back to where
13  we were, which is -- I believe we finished
14  talking about your visit with the nurse on
15  December 17th, 2013, which was in response
16  to your Sick Call Request saying that your
17  medications -- your antibiotics weren't being
18  given to you.
19        Do you remember that?
20     A.  Yes.
21     Q.  The next date we have on which you
22  submitted a Sick Call Request is January 10th
23  of 2014, Moultrie 37.

Page 78

1     A.  Moultrie 37?
2     Q.  Yes.
3        Do you see Moultrie 37?  Do you
4  recognize that document?
5     A.  Yes.
6     Q.  What is that, a Sick Call Request
7  Form?
8     A.  Yes.
9     Q.  What's the date on it?
10     A.  January 12th, 2014.
11     Q.  You know your handwriting better
12  than me.  I put it down as January 10th.
13     A.  It's the 12th.
14     Q.  Okay.  What are you asking for?
15     A.  I'm asking to see the doctor.  It
16  says: "Would like to see the doctor about
17  tooth in my mouth has started back bleeding
18  and swelling, I really want it pulled out
19  because it's causing too many problems."
20     Q.  Then, we have -- the next document
21  in your file is Moultrie 38 and 39.
22        Before I go on to that, let me
23  just ask you: Between December 16th, 2013,

Page 79

1  which is Moultrie 50, the Sick Call Request
2  Form you filled out, and the Sick Call
3  Request Form that you filled out on January
4  12th, 2014, which is Moultrie 37, did you
5  submit any other Sick Call Requests during
6  that time period?
7     A.  None that I remember.
8     Q.  Now, we're looking at Moultrie 38
9  and 39.  What are these?  Do you recognize
10  these?
11     A.  It's a protocol.
12     Q.  A two-page protocol form?
13     A.  Yes.
14     Q.  And the date is?
15     A.  1/12/14 and 1/12/14.
16     Q.  And it looks like the officer who
17  filled out the protocol was Officer Erica
18  Wilbur, again; right?
19     A.  Yes.
20     Q.  And you're complaining about your
21  tooth pain?
22     A.  Yes.
23     Q.  It says:  "How long in pain?"  You

Page 80

1  say: "November, off and on;" right?
2     A.  Yes.
3     Q.  And, for "When was last dental
4  exam or treatment," you said "November;"
5  right?
6     A.  Yes.
7     Q.  For "Past history of infection or
8  surgery," you answered:  "Top 2 wisdom teeth
9  removed February, 2013"?
10     A.  Yes.
11     Q.  And then did she take your vitals?
12     A.  Yes, sir.
13     Q.  And she reported them?
14     A.  Yes, sir.
15     Q.  "Inspect mouth for any lesion" is
16  what the form asks her to do; right?
17     A.  Yes.
18     Q.  And she's noted:  "No lesions but
19  is swollen"?
20     A.  Yes.
21     Q.  Do you agree with that?
22     A.  Yes.
23     Q.  Then, it says:  "Restriction in

REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
81–84

Page 81

1  movement of jaw," and she's noted:  "Can't
2  eat on left side"?
3      A.  Yes.
4      Q.  Do you agree with that?
5      A.  Yes, sir.
6      Q.  Was there anything else that you
7  had complained to her about that she did not
8  note on this form?
9      A.  No.  Just those two things.
10      Q.  Then, you have the second page
11  where it looks like she's filled out what the
12  physician's orders were.
13      A.  Yes.
14      Q.  Do you see that?
15      A.  Yes.
16      Q.  What is filled out?
17      A.  "2 Tylenol 1000 milligrams and 2
18  Ibuprofen 400 milligrams 2 times a day for 5
19  days."
20      Q.  What else?
21      A.  "Have nurse call PA Williams first
22  then when she comes in on Tuesday."
23      Q.  And PA Williams is Dr. Williams

Page 82

1  from what we've gathered; right?
2      A.  Yes.  From what we've gathered,
3  yes, sir.
4      Q.  Then, there's some notes that are
5  above the physician's signature.
6      A.  Yes.
7      Q.  Do you see that?
8      A.  It says:  "Amoxicillin" and "BID"
9  and then that "C" word again, the word we
10  thought started with a "C."
11      Q.  Exactly.  Some sort of medication.
12      A.  Yes.  And it says "300."
13      Q.  Okay.  Then, the next document
14  we have is Moultrie 145.  Do recognize this
15  document?
16      A.  Yes, sir.
17      Q.  What is it?  What form is it?
18      A.  It's a Grievance Form.
19      Q.  Did you fill it out?
20      A.  Yes, sir.
21      Q.  It's your handwriting?
22      A.  Yes, sir.
23      Q.  On the top half?

Page 83

1      A.  Yes, sir.
2      Q.  What's the date?
3      A.  1/12/14.
4      Q.  What are you complaining about?
5      A.  It says:  "I was wondering why I
6  did not have the Orajel the nurse said she
7  ordered in December or do I have to get some
8  sent in?"
9          The nurse said she was going to
10  order me some Orajel.
11      Q.  For your tooth, or the gums?
12      A.  For the gums because he said it
13  was like a baby teething so the Orajel would
14  help.
15      Q.  Okay.  So far, from what we've
16  seen from these medical notes that we've gone
17  through in the time period November and then
18  December and then January of 2014, you agree
19  we haven't seen any order put in by the nurse
20  for the Orajel?  Do you agree with that?
21      A.  No, sir.
22      Q.  So far; right?
23      A.  No, sir.

Page 84

1      Q.  "No, sir" means you agree that
2  there was no –
3      A.  There was no Orajel that I've seen
4  ordered by the nurse.
5      Q.  Right.  Okay.  So it looks like
6  you received a response from Correctional
7  Officer Wilbur to your Grievance Form Number
8  Moultrie 145; right?
9      A.  Yes.
10      Q.  What does it say, "Any medical
11  issues or questions need to be addressed with
12  medical staff, put in a sick call"?
13      A.  Yes.  The nurse told me she was
14  going to order the Orajel when I went to see
15  her.
16      Q.  The next document we have from
17  your medical records is Moultrie 45.  What is
18  this document?  Do you recognize it?
19      A.  It's a Sick Call Request.
20      Q.  Did you fill it out?
21      A.  Yes, sir.
22      Q.  What's the date?
23      A.  2/4/14.



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
85–88

Page 85

1    Q.  And you're asking for what?
2    A.  The doctor or the hospital.  I
3  checked both doctor and hospital because my
4  cellmate came in, he was a local, which he
5  wasn't supposed to be housed with the federal
6  inmates anyway, he had the flu, he was in the
7  hospital for two weeks.  He told me and we
8  both me and him was trying to get him moved
9  out of the cell so I wouldn't get sick.
10    Q.  Does this have anything to do with
11  your tooth?
12    A.  No.
13    Q.  You were apprehensive of catching
14  an infection of flu or something from this
15  cellmate?
16    A.  Yes.  He was coughing all night.
17  I could have gotten it from him.
18    Q.  At the bottom, it says: "Medical
19  Staff signature: Nancy Stevely."  I assume
20  it's her handwriting, and it says: "Problem
21  discussed with patient;" right, or something
22  like that?
23    A.  Yes.

Page 86

1    Q.  Do you remember the discussion?
2  What did she tell you?
3    A.  I don't remember the discussion.
4    Q.  Okay.  Did you fill out any Sick
5  Call Requests between January 12th, 2014 and
6  February 4th, 2014 concerning your tooth?
7    A.  I can't find one.  You said
8  January 12th.
9    Q.  Do you see any other documents?
10    A.  No, sir.
11    Q.  I want to ask the same question
12  pertaining to the protocol forms.  Between
13  January 12th, 2014 and February 4th, 2014,
14  did you make any complaints about your tooth
15  pain to any officer?
16    A.  No, sir.
17    Q.  All right.  The next thing we have
18  is Moultrie 40.
19    A.  Okay.
20    Q.  Do you recognize this?
21    A.  It's a protocol.
22    Q.  For the record, you see it appears
23  that, from the records we received from the

Page 87

1  jail, that page two of the protocol form is
2  not attached to this, okay.  We only have
3  page one.
4    A.  Yes, sir, that's all I have.
5    Q.  Do you recall -- I don't know if I
6  asked you: What's the date on the protocol
7  form?
8    A.  2/27/2014.
9    Q.  Do you remember which officer you
10  spoke to?
11    A.  No, sir.  There's not a signature
12  on it either.
13    Q.  What was it for?  It says: "Was
14  there an injury?"  And it's filled out --
15  someone filled out "back left."
16    A.  It was about my tooth.  The back
17  left side was the tooth that was --
18    Q.  Down at the bottom, there's a note
19  saying: At 0700 took Amoxicillin 500 mg and
20  Tylenol 500 mg."
21    A.  Yes.
22    Q.  Do you remember anything else
23  about this February 27, 2014 protocol?

Page 88

1    A.  No, sir.
2    Q.  Okay.
3    A.  They have a Medical Administration
4  Chart right here, but they don't have the
5  second part of the protocol sheet.  It says:
6  "February, 2014."
7    Q.  You're looking at Moultrie 41?
8    A.  Yes, Moultrie 41.
9      I'm guessing that's "February,
10  2014" right here in the second box where it
11  says: "Tylenol 500 mg 2 tabs PO, BID times 5
12  days."
13    Q.  Right.
14    A.  It says: "IBU 4 pills 800 mg."
15  That's the same date, "2/27/14," that's on
16  Moultrie 41.
17    Q.  Right.  Do you agree that, on
18  Moultrie 40, where this medication is noted,
19  "Amoxicillin and Tylenol," this is based on
20  whatever the doctor ordered?
21    A.  Yes.  The signature is the same as
22  the other signatures where it says "Doctor."
23    Q.  Right.  On Moultrie 41, you



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
89—92

Page 89

1  pointed out the Tylenol and the Ibuprofen --
2      A.  Yes.
3      Q.  -- from February, 2014.
4          I also see "Amoxicillin, 500 mg."
5  Do you see that?
6      A.  Yes.
7      Q.  That seems to indicate --
8      A.  February 22nd, 2014 until March
9  3rd, 2014.
10     Q.  Right.  Looking at Moultrie 41 and
11  Moultrie 40, it makes sense now as to what we
12  see at the bottom of Moultrie 40 in terms of
13  the medication the doctor ordered; right?
14     A.  Yes, sir.
15     Q.  Those seem to have been given to
16  you in that time and date frame; right?
17     A.  Yes.
18     Q.  All right.
19     A.  On Moultrie 41, the Ibuprofen 4
20  pills 800 milligrams, it only has them giving
21  it to me one time at 1900 hours.  It has just
22  one time on the 27th of February.  I got that
23  one time.

Page 90

1      Q.  I agree; but the Tylenol 500 mg,
2  which is noted on Moultrie 40, that seems to
3  have been given to you twice a day for
4  several days.
5      A.  Twice a day, five days.
6      Q.  Five days, right.
7      A.  The Amoxicillin says for ten days,
8  but they have it for only seven days to give
9  it to me.
10     Q.  I think that the reason why it's
11  showing seven days is that February has 28
12  days and this is for February.  So maybe we
13  have to look at the March chart to see if it
14  carried forward.
15     A.  Okay.  It carries forward on the
16  March chart.
17     Q.  Right.  On the March chart, you're
18  looking at Moultrie 42; right?
19     A.  42, right.
20     Q.  And you agree it's showing that
21  your Amoxicillin continued on March 1, 2, 3,
22  4 -- until the 4th of March; right?
23     A.  Yes, sir.

Page 91

1      Q.  So the total seems like it's ten
2  days, or more?
3      A.  It seems like it's eleven days;
4  seven in February and four in March.
5      Q.  So, between February 4th, 2014 and
6  February 27th, 2014, did you fill out any --
7  make any complaints to an officer using the
8  protocol procedure?
9      A.  Yes, sir.
10     Q.  Which was that?
11     A.  Moultrie 40.  You said February
12  4th through February 27th.  Moultrie 40 is a
13  protocol.
14     Q.  Right.  Other than Moultrie 40?
15     A.  No, sir.
16     Q.  Just to make the record clean, did
17  you fill out any protocol -- did you make any
18  complaints to any officer using the protocol
19  procedure between February 4th, 2014 and
20  February 26th, 2014?
21     A.  No, sir.
22         I was on medicine.  They had me on
23  medicine.  So I was giving it a chance to

Page 92

1  work, as they said it would.
2      Q.  The next thing we have is Moultrie
3  43 and 44.  Do you recognize this two-page
4  document?
5      A.  Yes, sir.  It's the protocol.
6      Q.  Okay.  What's the date on it?
7      A.  February 28, 2014 on Moultrie 43
8  and Moultrie 44.
9      Q.  Do you agree that Correctional
10  Officer Jeremy Jean was the officer that took
11  your complaint?
12     A.  Yes, sir.  On Moultrie 44, it says
13  that.
14     Q.  He asked you "Was there an injury"
15  and you say "No."  Then, "How long in pain?"
16  and you answered "2 1/2 days;" is that right?
17     A.  Yes, sir.
18     Q.  "When was last dental exam or
19  treatment?"  You said "Year ago."
20     A.  Yes, sir.
21     Q.  "Past history of infection or
22  surgery?"  "Yes, 2 other wisdom teeth."
23     A.  Yes, sir.



REGINALD TYRONE MURPHY                          February 09, 2015
MURPHY vs. SHERIFF JEFF THOMAS, et al.                    93–96

Page 93

1    Q.  Again, you're talking about the
2  unrelated -- the ones that had been pulled
3  out?
4    A.  Yes, the ones that were pulled out
5  before.
6    Q.  Then, it look like he took your
7  vitals?
8    A.  Yes, sir.
9    Q.  He noted there's no restriction in
10  movement of jaw.
11       Then, on the next page, Moultrie
12  44, under "Physician's orders," it seems like
13  he ordered them to give you 4 Ibuprofen 2
14  times" -- is that a "4"?
15    A.  Yeah.  It's: "4 Ibuprofen 2 times
16  a day 5 days."
17       Four Ibuprofen is 800 milligrams.
18  He prescribed 800 milligrams so he had to
19  give me four pills.
20    Q.  We saw that in your medication
21  chart; right?
22    A.  Yes.
23    Q.  That was on Moultrie 41?

Page 94

1    A.  Moultrie 41 stops at February
2  27th.  The Amoxicillin is the only one on
3  Moultrie 41 that goes through March 3rd of
4  2014.
5       See, after this medication on the
6  27th stopped, I complained on the 28th --
7    Q.  I see.  Okay.
8    A.  -- for another protocol.
9    Q.  I see.
10    A.  If you look at -- well, it don't
11  have the whole date on there.  I can't tell
12  the date, but I know this is after I got it
13  pulled.
14    Q.  You're looking at Moultrie 27.
15       Do you remember getting the
16  Ibuprofen that was prescribed?
17    A.  On which date?
18    Q.  On February 28th, 2014.
19    A.  Yes.
20    Q.  Okay.  So, pointing out to you, on
21  Moultrie 42, which is your medical chart for
22  March, 2014, do you agree that it shows that
23  you were given Ibuprofen 800 mg between March

Page 95

1  1st and 5th?
2    A.  Yes.
3    Q.  That was twice a day for five
4  days?
5    A.  Yes.
6    Q.  As prescribed; right?
7    A.  Yes.
8    Q.  So let's go on to the next one.
9  The next document we have from your medical
10  records is Moultrie 36.
11    A.  Okay.
12    Q.  Do you recognize this?
13    A.  Yes.
14    Q.  What kind of form is this?
15    A.  This is a Sick Call Request Form.
16    Q.  What's the date on it?
17    A.  4/11/14.
18    Q.  Did you fill it out?
19    A.  Yes.
20    Q.  The top part?
21    A.  Yes.
22    Q.  What are you complaining of?
23    A.  "Need tooth pulled as soon as

Page 96

1  possible, cutting my cheek."
2    Q.  Do you remember seeing the nurse
3  after making this Sick Call Request?
4    A.  Yes.
5    Q.  Nurse Nancy?
6    A.  Yes.
7    Q.  And what do you remember about the
8  visit?
9    A.  She looked at it and said she
10  would put me in to see the doctor.
11    Q.  Are you looking at the bottom half
12  of Moultrie 36?
13    A.  The bottom half says: "Down to
14  see PA on next visit to start referral
15  process" --
16    Q.  That's "with."
17    A.  -- "with marshals."
18    Q.  Did she tell you about that, that
19  she was going to start this process?
20    A.  Yes.  She told me she would have
21  me see the doctor.
22    Q.  Okay.  When did she tell you that?
23    A.  On 4/11/14.


ESQUIRE
SOLUTIONS

REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
97—100

Page 97

1  Q.  Prior to April 11, 2014, had the
2  nurse ever told you that she was going to
3  start the referral process for the Federal
4  Marshals?
5  A.  No, sir, not that I recall.
6  Q.  Do you know how the Federal
7  Marshal referral process worked in Moultrie
8  County Jail?
9  A.  I didn't know at the time.
10  Q.  Did you know that they had to get
11  approval from the US Marshal Service in order
12  to take you to an outside dentist?
13  A.  Yes.  Nurse Nancy told me that.
14  Q.  When did she tell you that?
15  A.  On one of the visits that I had.
16  Q.  Did you put in any Sick Call
17  Requests between February 4th, 2014, which
18  we saw in Moultrie 45, until April 11th,
19  2014, which we saw in Moultrie 36?
20  A.  No, sir, no protocols.
21  Q.  Do you agree that between February
22  4th, 2014 and April 11th, 2014 you made two
23  protocols, one of which was on February 27th,

Page 98

1  2014 under Moultrie 40 and the other one was
2  February 28th, 2014 under Moultrie 43-44?
3  A.  Yes.  I did put in protocols
4  because the protocols were working faster.
5  They would just give me medicine to stop the
6  pain.
7  Q.  Other than those two protocols in
8  that time frame, you didn't make any others;
9  right, the ones I referred to?
10  A.  No, sir, I have none listed.
11  Q.  What did you say?
12  A.  I said "No, sir, I have none
13  listed."
14  Q.  Next on the -- in your medical
15  file --
16  A.  Hold on.  You said February what
17  now?  What date was that?
18  Q.  Other than the two protocols we
19  already discussed, one of which was Moultrie
20  40 on February 27th, 2014 and the other was
21  Moultrie 43-44 on February 28th, 2014, did
22  you make any other protocol
23  requests/complaints to officers using the

Page 99

1  protocol procedure between February 4th, 2014
2  and April 11th, 2014?
3  A.  Yes.  Moultrie 40, February 27th,
4  2014.
5  Q.  Right.  I already went through
6  that.  I'm saying other than Moultrie 40 and
7  Moultrie 43-44.
8  A.  No.
9  Q.  "No" means "No, you did not"?
10  A.  No, I did not.
11  Q.  The next thing we have in your
12  file is Moultrie 28 and 29.  What is this?
13  Do you recognize it?
14  A.  A protocol.
15  Q.  What's the date on it?
16  A.  4/12/2014.
17  Q.  Okay.  And do you agree that Jail
18  Administrator Trussell took your complaint?
19  A.  Yes, she did.
20  Q.  Okay.  Do you remember the -- this
21  particular protocol?
22  A.  No, sir.
23  Q.  Other than looking at the form?

Page 100

1  A.  No, sir.  I don't have -- I don't
2  remember it.
3  Q.  And do you agree that, from the
4  form, it appears that she asked you if there
5  was an injury and you said "Hole in the jaw"?
6  A.  Yes.
7  Q.  Okay.  Does that refresh your
8  recollection?
9  A.  Yes.  The tooth was cutting in the
10  side of my jaw.
11  Q.  Then, it says:  "How long in
12  pain?"  You answered:  "November of 2013."
13  A.  Yes, sir.
14  Q.  Then, it says:  "When was the last
15  dental exam or treatment?"  And you answered:
16  "February of 2013."
17  You're talking about outside of
18  Moultrie County Jail; right?
19  A.  Yes.  That was before I made it to
20  Moultrie County.
21  Q.  On the second page, Moultrie 29,
22  it looks like, under the "Physician's order,"
23  it says:  "2 Tylenol, 2 Ibuprofen 2 times



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
101–104

Page 101

1    daily for 5e days" and "See Nurse."
2         A.   Yes.
3         Q.   This protocol was after you had
4    visited the nurse the day before; correct?
5         A.   Yes.
6         Q.   You had visited the nurse on April
7    11th, 2014; right?
8         A.   Yes.
9         Q.   Is there anything you remember
10   about anything Jail Administrator Trussell
11   discussed with you or that you discussed with
12   her on April 12th, 2014 that's not reflected
13   on this form?
14        A.   No, sir.  I remember showing her
15   the hole in my jaw.
16        Q.   Okay.  The next document we have
17   is Moultrie 31 and 32.
18             Do you see that?
19        A.   Yes.
20        Q.   Again, it's a two-page protocol
21   form; right?
22        A.   Yes, sir.
23        Q.   And what's the date on that?

Page 102

1         A.   4/18/2014.
2         Q.   And we don't see an officer's name
3    on this one, do we?
4         A.   No, sir.
5         Q.   Do you remember who it was?
6         A.   No, sir.
7         Q.   It appears like you, again, were
8    complaining about the tooth cutting in the
9    side of your jaw; right?
10        A.   Yes, sir.
11        Q.   And, under "Examination," it's
12   noted by the officer that there was a cut on
13   the side of the cheek where the tooth is at.
14             Do you see that?
15        A.   Yes, sir.
16        Q.   And he also noted that you seem to
17   have a problem moving your jaw when the tooth
18   is pressing against the cheek.
19        A.   Yes.  "Hurts to move when tooth
20   pressing against cheek."
21        Q.   Right.  Then, on the second page,
22   Moultrie 32, it seems, under the "Physician's
23   orders," the doctor prescribed "2 Tylenol 2

Page 103

1    Ibuprofen 2 times a day for 5 days," and
2    "Have nurse set up dentist appointment on
3    Monday for him;" right?
4         A.   Yes.  The Tylenol and Ibuprofen
5    just didn't mask the pain.
6         Q.   The next document in your file is
7    Moultrie 148.
8             Before I get into Moultrie 148,
9    did you submit any Sick Call Requests between
10   April 11th, 2014, which is Moultrie 36, until
11   April 22nd of 2014?
12        A.   (No response.)
13        Q.   I'm only asking about Sick Call
14   Requests.
15        A.   Oh, no, sir.
16        Q.   Then, did you submit -- did you
17   complain to any officer using the protocol
18   procedure between April 11th, 2014 and April
19   22nd, 2014, except for what we discussed,
20   which is one complaint on April 12th, 2014
21   under Moultrie 28 and 29 and another protocol
22   complaint on April 18th, 2014 under Moultrie
23   31 and 32?

Page 104

1         A.   No, sir.
2         Q.   Now, we get into Moultrie 148.
3    What is this?  What form is this?
4         A.   It's a Grievance Request Form.
5         Q.   Did you fill out the top portion
6    of the form?
7         A.   Yes.
8         Q.   What's the date on it?
9         A.   April 22nd, 2014.
10        Q.   Did you write the word "Sheriff"
11   on top there?
12        A.   Yes.
13        Q.   What was your purpose of writing
14   that?
15        A.   Because the sheriff is over
16   everybody else and I wanted somebody that's
17   in charge because I felt like my medical
18   needs wasn't being met; and the sheriff has
19   more power, because he runs the jail, than
20   anybody else.
21             I said, if I put his name on it,
22   then it will possible get answered faster or
23   something will come about this situation.

REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
105–108

Page 105

1 Q. Your handwriting is pretty clear.
2 You have basically laid it out that you are
3 asking them to take care of your problem
4 immediately because it hasn't been -- you
5 said: "I have written 10 to 20 sick call
6 slips asking that it be taken care of" and
7 "I also did multiple protocols."
8 A. "The nurse and multiple officers
9 have saw that the tooth is in fact cutting a
10 hole in my cheek and is causing me pain and
11 loss of my ability to eat certain meals due
12 to the inability to chew without biting my
13 cheek. I am in the care/custody of this
14 facility and I have been hearing the same
15 excuses since November, 2013. This is really
16 cruel and unusual punishment. Check my file.
17 I have been complaining for six months and in
18 that time I have also had multiple infections
19 in my mouth due to the tooth and hole in my
20 mouth. I notified Ms. Trussell and Sergeant
21 Kidd about this. This is the last level in
22 the chain."
23 Q. There are a couple of things I

Page 106

1 want to clarify with you.
2 You say "I have been complaining
3 for six months," but you do agree that you
4 started having the problem with your tooth in
5 November of 2013; right?
6 A. Yes, sir.
7 Q. Whatever the time frame is, what
8 you mean is that you had been asking for
9 medical attention for this tooth problem
10 since November 15th, 2013; right?
11 A. Yes, that's six months. November,
12 December, January, February, March April; six
13 months.
14 Q. You mention that you notified
15 Ms. Trussell.
16 That's the Jail Administrator;
17 right?
18 A. Yes.
19 Q. Now, other than this protocol that
20 you did with her, did you notify her at any
21 other time?
22 A. She took me to the nurse on one of
23 the sick calls.

Page 107

1 Q. Which one? Do you remember?
2 A. I don't remember which one it was,
3 but I remember her taking me to the nurse.
4 Q. I want to be precise here.
5 Number one is we know that you
6 complained to her once on April 12th, 2014,
7 Moultrie 28 and 29; and she filled out that
8 protocol?
9 A. Yes.
10 Q. Other than that date, you're
11 saying that one other time she took you to
12 the nurse?
13 A. Yes.
14 Q. How did that come about, in
15 response to a Sick Call Request?
16 A. Yes. I filled out a Sick Call
17 Request but all you can tell on the Sick Call
18 Request -- the officer that takes you there
19 don't have their signatures on the Sick Call
20 Requests.
21 Q. Is it fair to say this is one of
22 the sick call visits to the nurse between
23 November 15th, 2013 and April 22nd, 2014?

Page 108

1 A. Yes.
2 Q. Right?
3 A. Yes.
4 Q. We've been through all of them;
5 right?
6 A. Yes.
7 Q. So it's one of those?
8 A. Yes.
9 Q. Other than the protocol on April
10 12th, 2014 and the one time Administrator
11 Trussell took you to the nurse, is there any
12 other time you notified them --
13 A. No.
14 Q. -- about your tooth problem?
15 A. No, sir.
16 Q. Then, you say: "Sergeant Kidd,"
17 in the Grievance Form. When did you notify
18 Kidd?
19 A. When I went to see the nurse,
20 also.
21 Q. One of the times?
22 A. Yes.
23 Q. Between November 15th, 2013 and



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
109–112

Page 109

1 April 22nd, 2014?
2    A. Yes.
3    Q. Was it more than once or was it
4 once that Kidd took you to see the nurse?
5    A. Kidd took me more than once.
6    Q. That came about because he was on
7 duty at the time?
8    A. Yes.
9    Q. Okay. He was on duty at the time
10 and, because you had filled out a Sick Call
11 Request Form, it was part of his duty to walk
12 you to the nurses' station?
13    A. Yes.
14    Q. Did he know -- did you discuss
15 your tooth with him when you were going to
16 the nurses' station?
17    A. Yes. I showed all the officers.
18    Q. Specifically, how many times did
19 Kidd take you to -- escort you to the nurses'
20 station? Do you remember?
21    A. I can't give you an exact number
22 but it was more than two or three times
23 because he was always on in the morning time.

Page 110

1    Q. His shift, you mean?
2    A. His shift was always when they was
3 coming to take me to the nurse.
4    Q. Was there ever a time when you
5 had to go see the nurse and Kidd did not take
6 you?
7    A. Yes.
8    Q. So there were other officers who
9 took you?
10    A. Yes.
11    Q. Kidd was one of them?
12    A. Yes, and Ms. Trussell. She took
13 me, also.
14    Q. Now, do you remember getting a
15 response from the Jail on your grievance of
16 April 22nd, 2014, Moultrie 148?
17    A. Yes, sir.
18    Q. It's noted there, the response;
19 right?
20    A. Yes. "The Medical Department is
21 responsible for sending medical requests to
22 the marshals. I will pass this on to the
23 nurse."

Page 111

1    Q. All right. The next thing we have
2 in your file is Moultrie 30 and 33.
3       Do you recognize this document?
4    A. Yes. It's a protocol.
5    Q. And it's a two-page form; right?
6    A. Yes.
7    Q. And what's the date on it?
8    A. 4/24/2014.
9    Q. And it looks like, from page two,
10 Correctional Officer Chris Kepley filled this
11 one out or took your complaint; right?
12    A. Yes.
13    Q. And, again, it's for your tooth
14 cutting into the jaw?
15    A. Yes.
16    Q. Or cheek, rather; right?
17    A. Yes.
18    Q. It's noted that your jaw gives you
19 difficulty because of the tooth cutting into
20 the cheek; right?
21    A. Yes, sir, when I move.
22    Q. Then, from page two, it appears
23 the doctor ordered 2 Tylenol and 2 Ibuprofen

Page 112

1 for 7 days 2 times a day?
2    A. Yes, sir, just trying to cover up
3 the pain.
4    Q. Right. The next thing we have is
5 a Medical Progress Note from April 29th.
6    A. Yes.
7    Q. Moultrie 34, I think.
8    A. 34 and 35.
9    Q. Let's look at 35.
10    A. (Witness complies.)
11    Q. Do you remember seeing the doctor
12 on April 29th, 2014? That's Moultrie 35.
13    A. No, sir.
14    Q. It looks like, under the notes,
15 the doctor noted your tooth problem on the
16 left and has made a note that you should
17 continue 2 Tylenol and 2 Ibuprofen for 7
18 days.
19       From what I can make out, it says:
20 "Dental appointment assess for extraction of
21 left lower molar"?
22    A. Yes.
23    Q. And, on top of the form, some



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
113–116

Page 113

1  handwriting suggests "Fed dental referral"?
2      A.  Yes.
3      Q.  This is April 29th, 2014.
4          If we look at Moultrie 34, that's
5  a US Department of Justice and US Marshal
6  Service Prisoner Medical Request Form.
7          Do you agree?
8      A.  Yes.
9      Q.  It looks like, on the same day as
10  the doctor's note for the referral, they have
11  filled out what they're supposed to fill out
12  and send to the US Marshal Service to have
13  you be seen by an outside dentist; right?
14      A.  Yes.
15      Q.  And there's notations -- it's
16  all typed up -- about your problem with the
17  dental pain and a request to have you seen
18  by the local dentist, Dr. Havlik.  It talks
19  about your infection.  It talks about what
20  medications you're on, Ibuprofen and Tylenol,
21  and that your left lower molar wisdom tooth
22  is cutting the inside of your cheek.
23          And then it says:  "We have not

Page 114

1  set up appointment at this time, waiting on
2  federal approval.  Prisoner has been patient
3  with protocols."
4      A.  Yes.
5          Back on Moultrie 148, if you put
6  "sheriff" at the top corner of it, it goes
7  straight to the sheriff and only the sheriff
8  can answer it.
9          That's why I went to the sheriff
10  on this one on April 22nd, 2014 because, if
11  you put "sheriff" on the top corner of the
12  Grievance Form, only the sheriff is supposed
13  to answer it.
14      Q.  So you're suggesting that, because
15  you wrote "sheriff" and then it goes to the
16  sheriff, this action happened?  Is that what
17  you're saying?
18      A.  Yes.
19      Q.  A dental referral?
20      A.  Well, the nurse -- she put in for
21  the dental referral because I kept going up
22  there and bugging her about the tooth.
23      Q.  Right.  So what was your point of

Page 115

1  saying that you mentioned the sheriff on the
2  form?
3      A.  Because I wanted it to be known
4  the sheriff answered this sheet and passed it
5  on to the nurse.
6          He asked the nurse something I had
7  been asking her for months and months and I
8  just kept getting put off and put off.
9      Q.  You mean that all this while you
10  were asking the medical staff?
11      A.  Asking the medical staff and the
12  correctional officers and all this time I
13  just kept getting put off when all they had
14  to do was fax this form to him.
15          They was pacifying the pain and
16  medical services waiting so that I would be
17  transferred before they had to deal with it,
18  hoping I would be transferred before they had
19  to deal with it.
20          It took them all the way until
21  4/29/14.  They was really saying the medical
22  situation that I was in wasn't really that
23  serious.

Page 116

1      Q.  What is Moultrie 4?  Let's look at
2  Moultrie 4.
3      A.  (Witness complies.)
4      Q.  It looks like it's the same.  Do
5  you agree Moultrie 4 is a copy of Moultrie
6  34?
7      A.  Yes.  The only thing different is,
8  at the bottom, the physician signed it on
9  Moultrie 4; and, on Moultrie 34, they didn't
10  sign it.
11      Q.  That's a good catch.  We'll keep
12  it in our group exhibit.  Even though it's
13  the same copy, we'll just put both of them in
14  there.
15          So the next thing we have in your
16  file is Moultrie 20.
17      A.  I have it.
18      Q.  You might as well get 19, as well.
19      A.  Okay.
20      Q.  And 21.
21      A.  Okay.
22      Q.  On Moultrie 20, do you recognize
23  this form?



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
117–120

Page 117

1    A.  Yes.
2    Q.  That's your Sick Call Request Form
3  that you filled out?
4    A.  Yes.
5    Q.  On what day?
6    A.  5/1/14.
7    Q.  What are you complaining about?
8    A.  "I was feeling woozy, seeing
9  spots, need my blood pressure checked and
10  weight."
11    Q.  And looks like, from Moultrie 19,
12  which is in front of you -- do you recognize
13  that document?
14    A.  Yes.
15    Q.  It's a Medical Progress Note?
16    A.  Yes.
17    Q.  And what is the date on that?
18    A.  5/6/14.
19    Q.  This is when you were seen by the
20  nurse in response to your Sick Call Request
21  of May 1st; right?
22    A.  Yes.
23    Q.  And she notes tooth pain, and then

Page 118

1  your weight is 209; is that correct?
2    A.  Yes, 209.
3    Q.  Do you remember what she told you
4  on this day, what happened at the nurse's
5  visit?
6    A.  It says: "Dentist" -- "Has
7  dentist appointment."
8    Q.  By this time, did you have an
9  appointment already?  Were you notified?
10    A.  I wasn't notified.
11    Q.  When?
12    A.  I said "I wasn't notified."
13    Q.  When you saw her on May 6, though,
14  when she said "Has dentist appointment," did
15  she tell you at that point when your dentist
16  appointment was?
17    A.  No.
18    Q.  When did you come to know about
19  your appointment with the dentist?
20    A.  The morning of the appointment.
21    Q.  That takes us to the next document
22  in your file, which is basically Moultrie 227
23  and 228 and, also, Moultrie 21.

Page 119

1    A.  I don't have 227 or 228.
2    Q.  You got it, though; right, when we
3  sent it to you?
4    A.  It might be in my cell.
5    Q.  Do you recognize -- these are the
6  documents we got back from -- obviously, you
7  didn't create this document.
8      We received this from Dr. Havlik's
9  office, but it notes he saw you on May 14th,
10  2014.
11      Okay.  Do you see where it says:
12  "Federal Inmate Reginald Murphy seen for hurt
13  in #17 area"?
14    A.  Yes.
15    Q.  I think "#17" is referring to your
16  tooth number.
17      Then, it indicates that an x-ray
18  was taken of your tooth, and he referred you
19  to -- as you know, to the surgeon; right, to
20  remove the tooth?
21    A.  Yes.
22    Q.  Do you have any reason to dispute
23  the date or any of this?

Page 120

1    A.  No, sir, I don't.
2    Q.  Do remember the visit with Havlik?
3    A.  Yes, I remember the visit.
4      The sheriff took me and the doctor
5  looked in my mouth and seen it and he said I
6  should have done had it taken care of and he
7  looked at the sheriff and the sheriff just
8  threw his hands up like "I don't know."
9    Q.  Then, we have Moultrie 11, which
10  is the next thing in your file.
11    A.  I have it.
12    Q.  What is Moultrie 11?  What do you
13  recognize it to be?
14    A.  It says: "Subject To Protective
15  Order of United States Department of Justice,
16  United States Marshals Service."
17    Q.  It's a Prisoner Medical Request
18  Form and it was filled out by the --
19    A.  It says: "Physician," at the
20  bottom, and it has a signature.
21    Q.  Right.  It's the same physician's
22  signature that we've seen before, isn't it?
23    A.  Yes.



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
121–124

Page 121

1    Q.  Dr. Williams, probably; right?
2    A.  (No response.)
3    Q.  Okay.  Basically, you agree this
4  is when they made your request -- they made
5  a request to take you for oral surgery to
6  remove the tooth.
7        It mentions that Dr. Havlik has
8  recommended that and has referred you to a
9  surgeon?
10    A.  Dr. Banghart.
11    Q.  Right.  The surgeon's name is
12  Dr. Banghart.
13        It notes: "Appointment has been
14  made for 5/28/14 upon approval, waiting on
15  approval through Marshal Service, please
16  advise if approved;" right?
17    A.  Yes.
18    Q.  Okay.  The next thing we have in
19  your file is Moultrie 152.
20        Do you recognize this?
21    A.  Yes.  This is a Grievance Form I
22  sent to the sheriff dated 5/20/2014.
23    Q.  What are you complaining about?

Page 122

1    A.  When the sheriff took me to get
2  the exam, the doctor said that I would have
3  the appointment on this date, on the 20th at
4  9:00 a.m.; but, on the date of the 20th at
5  9:00 a.m., at 9:30 I was not taken.
6    Q.  I see.
7    A.  He told me the appointment had
8  been changed.
9    Q.  You didn't know it at the time?
10    A.  No, I didn't know.
11        When I was getting the exam, the
12  sheriff said he wasn't going to wait for the
13  marshals to approve it because the doctor
14  notified him it should have been taken care
15  of.  So he set me up an appointment for the
16  20th at 9:00 a.m.
17    Q.  So you thought that something had
18  gone wrong because they hadn't taken you on
19  that morning?
20    A.  Yes, once it was 30 minutes after
21  9:00.
22    Q.  Then, it looks like they have
23  responded; right, the Jail responded to your

Page 123

1  grievance?
2        At the bottom of Moultrie 152, It
3  says: "Each individual appointment must be
4  submitted to the marshals for approval.  Once
5  approval is granted, then an appointment will
6  be set up;" right?
7    A.  Yes, but the sheriff told me that
8  he wasn't going to wait for the marshals'
9  approval because the doctor notified him that
10  it should have been taken care of and the
11  problem would only get worse and the pain was
12  going to get worse.
13    Q.  Now, on May 14th, 2014, you said
14  that the sheriff took you to Dr. Havlik's
15  appointment?
16    A.  The examination doctor?
17    Q.  Yes.
18    A.  Yes.
19    Q.  Do you mean Sheriff Standard
20  personally took you?  You don't mean the
21  sheriff's office, do you?
22    A.  No.  The sheriff at the Moultrie
23  County Jail.

Page 124

1    Q.  His name is Sheriff Jeff Standard?
2    A.  No.  It's Jeff Thomas.
3    Q.  I'm sorry, I was confusing him.
4        Sheriff Jeff Thomas --
5    A.  Yes.
6    Q.  -- personally took you?
7    A.  Yes.
8    Q.  Was any other correctional officer
9  or sheriff's deputy --
10    A.  Officer Jean.
11    Q.  Officer Jean and the sheriff?
12    A.  Yes.  Officer Jean was driving and
13  the sheriff was on the passenger side.
14    Q.  Other than that time when the
15  sheriff took you to see Dr. Havlik, was there
16  any other time between November and May that
17  you spoke to the sheriff personally about the
18  tooth problem?
19    A.  Yes.  When I sent them the
20  Grievance Form and I put "sheriff" at the top
21  of it.
22    Q.  Other than the Grievance Form, did
23  you speak with the sheriff personally between



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
125–128

Page 125

1   November and the day in May that he took you
2   to Dr. Havlik?
3       A.  No.  The sheriff is never around
4   for us to talk to him.
5       Q.  I'm just clarifying it because you
6   mentioned, for example, Jail Administrator
7   Trussell personally took you to the nurse
8   once and that Kidd took you a couple of times
9   to the nurses' station.
10          That's what I mean when I say:
11  "Personally."  That's what I want to clarify.
12      A.  No.
13      Q.  With the sheriff, what you're
14  saying, if I understand you correctly, is you
15  never met him face to face or spoke to him
16  between November and May 14, 2014 when he
17  took you to the appointment.
18          The only exception to that is
19  that you made a written grievance which you
20  directed to the sheriff when you put his name
21  on the top and you're assuming that it went
22  to the sheriff?
23      A.  Yes.  They told us to put the

Page 126

1   sheriff's name on the top of the Grievance
2   Form if you want it to go to the sheriff.
3   The sheriff is never around to contact the
4   inmates.  He's always on patrol.
5       Q.  Right.  And then, on this visit to
6   the dentist who examined you on May 14th, the
7   sheriff took you.
8           After that, did you have any other
9   personal face-to-face conversations with the
10  sheriff?
11      A.  No, sir.
12      Q.  I'm noting that you -- on Moultrie
13  152, you did put "sheriff" at the top?
14      A.  Yes.
15      Q.  So we won't count this.  This is a
16  written form.
17      A.  Yes, a written form.
18      Q.  In terms of face to face, nothing
19  after May 14th; right?
20      A.  No, sir.
21      Q.  All right.  The next thing we have
22  is Moultrie 12 and 13.
23          Do you recognize this?

Page 127

1       A.  It's a protocol.
2       Q.  It's a two-page protocol form;
3   correct?
4       A.  Yes.
5       Q.  Moultrie 13 is the first page.
6   It should have been the other way around.
7   Moultrie 12 should have been the first page.
8           Anyway, on Moultrie 13, again,
9   what's the date on this?
10      A.  5/26/2014.
11      Q.  And you're complaining about tooth
12  pain; right?
13      A.  Yes.
14      Q.  And, at this point, did you know
15  that an appointment for your removal -- for
16  your surgery had been set up for May 28th?
17      A.  No.
18      Q.  You still didn't know that.
19          When did you come to know, on the
20  day of the surgery?
21      A.  Yeah, they tell you the day
22  before.
23          I guess it's like an escape risk

Page 128

1   or something.  You don't know when you're
2   being moved until that morning when they come
3   get you.
4       Q.  This is May 26th and your surgery
5   was May 28th; correct?
6       A.  Yes.
7       Q.  Your protocol on May 26th was just
8   a couple of days before the surgery?
9       A.  Yes, because I didn't know I had
10  it scheduled.
11      Q.  So it looks like, on the second
12  page, the physician's orders were:  "Apply
13  cold compress."
14      A.  Yes.
15      Q.  The protocol was -- your complaint
16  was taken by Clayton Clough?
17      A.  Yes.
18      Q.  Then, that's it.
19          The next documents that we have
20  pertaining to your tooth are Moultrie 222
21  through 224 and Moultrie 23 to 25 and then
22  Moultrie 1 and 2, which are all documents
23  from the surgeon who removed your impacted



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
129–132

Page 129

1 wisdom tooth.
2      A.  I need to take a break. Are you
3 about finished?
4      Q.  Almost, yeah, but we can take a
5 break.
6           Before we do that, do you agree
7 these page numbers I read out to you are the
8 documents that pertain to the removal of the
9 tooth which we received from the Jail and
10 from your outside surgeon who did the removal
11 of the tooth?
12      A.  Yeah, I got those. I've got all
13 of them.
14      Q.  So they basically did a good job;
15 right, removing your tooth?
16      A.  Yes.
17      Q.  You didn't have any problems;
18 right?
19      A.  No.
20      Q.  After the removal of the tooth,
21 I guess there's one complaint, I think, you
22 made, Moultrie 5.
23           See if you have 5, and then we'll

Page 130

1 take a break after that. That's the last
2 document I'm going through.
3      A.  Okay. I have 5.
4      Q.  This is page 1 of 1, Moultrie 5?
5      A.  Okay. It's a protocol.
6      Q.  It's a protocol. What's the date
7 on it?
8      A.  5/28/2014.
9      Q.  The same day as your surgery?
10      A.  Yes.
11      Q.  Note that, on the top, it's not a
12 tooth-pain protocol. "Musculoskeletal
13 fractures, dislocation, sprain."
14      A.  Yes.
15      Q.  Is this connected to your tooth or
16 not?
17      A.  No. It's connected to my left
18 index finger.
19      Q.  I'm not going to include this in
20 our exhibit.
21           Does this have anything to do with
22 our case?
23      A.  No, not with the tooth.

Page 131

1      Q.  I see there's other documents in
2 your medical file, which were produced to
3 you, which I have not gone through because
4 I noticed that they are -- you know, after
5 your tooth was removed, you had some other
6 issues; right?
7      A.  Yes.
8      Q.  And those medical issues are not
9 pertinent to our case, to your claims against
10 --
11      A.  Not about my tooth.
12      Q.  Right?
13      A.  No, sir. It had nothing to do
14 with the tooth.
15      Q.  Right.
16           MR. RADIA: Okay. Let's take a
17 break and then we'll finish.
18           (Short recess.)
19      Q.  Now, we have been through and
20 discussed all your Sick Call Requests, the
21 complaints you passed through the protocol
22 procedure, and the visits with the nurse or
23 doctor that was noted and medical notes and

Page 132

1 so on; right?
2      A.  Yes.
3      Q.  I want to just make sure: Are
4 there any Sick Call Requests or complaints
5 that you made using the protocol procedure,
6 or otherwise, that were not included in the
7 documents that we produced in discovery that
8 are Moultrie 1 through 228?
9      A.  Not that I recall. I don't have
10 any that I have in these files.
11      Q.  Now, you mentioned the one time
12 that Jail Administrator Trussell took you to
13 the nurse's visit; right?
14      A.  She took me twice.
15      Q.  Trussell took you twice?
16      A.  Yes.
17      Q.  I thought you said once.
18      A.  It was more than one time.
19      Q.  More than one time?
20      A.  (Witness nods head.)
21      Q.  What was discussed, if anything?
22      A.  With the nurse?
23      Q.  No. Between Trussell and you.



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
133—136

Page 133

1    A.  Whenever you get taken to a sick
2  call, they don't discuss nothing.  They just
3  take you up to the nurse and let you see the
4  nurse.  When the nurse gets done with you,
5  they just take you back to the cell.
6    Q.  Okay.
7    A.  None of the officers discuss
8  anything with you.
9    Q.  The same with Sergeant Kidd?
10    A.  Yes.
11    Q.  When he took you to the nurse
12  station for your nurse visit, or your sick
13  call visit, any discussions about your tooth
14  or anything like that?
15    A.  I told him I had been complaining
16  and complaining about it and I needed to get
17  it pulled.
18    Q.  You needed to get what?
19    A.  My tooth pulled.
20    Q.  Okay.  Did he say anything?
21    A.  Huh/uh.  He just took me up to the
22  nurse.
23    Q.  I want to show you -- take a look

Page 134

1  at Moultrie 100 to 128.
2    A.  (Witness complies.)
3    Q.  Moultrie 100 to 128 are documents
4  we received, which is part of your jail file
5  in Moultrie County Jail, which appear to be
6  a record of the commissary that you bought
7  while you were at the jail.
8        I don't know if you've seen this
9  before this lawsuit.
10    A.  No.
11    Q.  Any of these documents?
12    A.  Not before this lawsuit.
13    Q.  The date range in this set of
14  documents is October 1st, 2013 to July 2nd,
15  2014, so it appears in the documents.
16    A.  Yes.
17    Q.  As you go through this, is there
18  any -- do you dispute or is there any reason
19  for you to dispute that these are the items
20  of commissary you bought in Moultrie County
21  Jail in that time frame?
22    A.  Yes, these are.
23    Q.  You agree that they are?

Page 135

1    A.  Yes, sir.
2    Q.  I think my question was a
3  negative.  So I guess I should clarify.
4    A.  Yes, sir, these are the items that
5  I bought between the 1st of October and July
6  2nd, 2014.
7    Q.  There are a lot of items here,
8  Mr. Murphy, that are, you know, items like
9  Doritos and chips and cookies and so on,
10  toaster pastries, that you seem to have eaten
11  even though you had the tooth problem.
12    A.  No.  I bought these items because
13  I traded items for phone cards.
14        You can only order $50 a week on
15  commissary so I would buy these items for
16  somebody else and trade them for phone cards.
17    Q.  What, of these items, did you
18  actually consume?
19    A.  The noodles and the Kool-Aid, and
20  I used the batteries.
21        I ate -- I did eat some of the
22  cookies, but most of the stuff I was getting
23  for other people and I traded them for phone

Page 136

1  cards.
2        I don't have a list of the phone
3  cards; but, if you can get those, you can see
4  I was using somebody else's -- I was buying
5  phone cards from other people.  I was trading
6  them these food items for their phone cards.
7  It's like an even trade out.
8    Q.  Did you submit any grievances to
9  Moultrie County Jail concerning your tooth
10  problem between November, 2013 and May, 2014
11  other than those that were identified and
12  discussed today?
13    A.  Not that I recall.
14    Q.  You said this earlier but I want
15  to confirm it.  Do you agree a correctional
16  officer did not have authority to prescribe
17  medication to you; right?
18    A.  Not prescribe it, but hand it out,
19  they did.
20    Q.  So they had the authority to hand
21  it out, but you agree they are not allowed to
22  hand out any medication to an inmate without
23  it being ordered or authorized by the doctor?



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
137—140

Page 137

1    A.  A nurse or a doctor.
2    Q.  A nurse or the doctor?
3    A.  Yes.
4    Q.  Okay.
5    A.  They have to tell the nurse or
6   doctor when we are in pain or when we need to
7   see the nurse or doctor. It's up to them to
8   give the nurse or the doctor the requests and
9   the grievance forms so that they know what's
10  going on.
11   Q.  Of course, that's how it works.
12       From what I've seen -- we've been
13  through all of your Sick Call Requests and
14  protocols; right?
15   A.  Yes.
16   Q.  It's not your -- you're not making
17  a claim there were other Sick Call Requests
18  or protocols that you had made that were not
19  given to the nurse or doctor; right?
20   A.  Not that I have in this file that
21  you gave me.
22   Q.  Do you have it otherwise?
23   A.  No. I never received them back.

Page 138

1   I never received anything back.
2       We don't get the sick calls or
3   grievances. The only ones we get back are
4   the grievances. We don't get the sick calls
5   back. All of them are filed with the nurse.
6    Q.  Right.
7    A.  We don't have -- we can't get no
8   medical, no sick calls, or none of that back.
9   The only thing we get are the grievance forms
10  back.
11       This right here, these are the
12  ones that you gave me. These right here are
13  the ones I've seen. There could be ones that
14  could've been filed that are not in here. I
15  don't know.
16       Do you hear what I'm saying?
17   Q.  No, not really. We have produced
18  --
19   A.  I could have filed a Sick Call
20  Request and it not be in here. I don't know.
21  I got all the ones that I was sent. I don't
22  have the other ones, if there was any.
23   Q.  Right, if there was any?

Page 139

1    A.  If there was any others.
2    Q.  Right. I have sent you, in
3   discovery, Moultrie 1 to 228. That's all the
4   records we have of you in the Moultrie County
5   Jail.
6    A.  Okay. Like some of the protocols
7   only had one sheet.
8    Q.  We've been through -- one of them
9   didn't have -- I know one of them didn't have
10  that, but we identified that.
11       Other than that, we've been
12  through this; right? I mean, you saw each
13  and every time there was a sick call made
14  that's followed up with a nurse visit; right?
15   A.  Yes.
16   Q.  We went through that?
17   A.  Through the files you gave me,
18  yes.
19   Q.  It seems like every time the
20  protocol was done and the medication --
21  except for when you pointed out once when
22  it was scratched out by Kidd, every time
23  a protocol was made, the doctor ordered

Page 140

1   whatever he ordered and it was given to you;
2   right?
3    A.  Yes.
4    Q.  From what we saw?
5    A.  To cover up the pain, yeah, to
6   cover up the issue.
7    Q.  Right. I asked you this before.
8   There aren't any Sick Call Requests that you
9   made that are not included between Moultrie 1
10  and Moultrie 228; right?
11   A.  Not that I have right here.
12   Q.  But where -- what else do you
13  have? I mean, do you have any others?
14   A.  No, I don't have any of the sick
15  calls. I turned them all in.
16   Q.  Do you have any knowledge of a
17  Sick Call Request that you turned in that
18  isn't a part of this Moultrie 1 to Moultrie
19  228?
20   A.  No knowledge, no, sir.
21   Q.  Do you have any knowledge of any
22  Sick Call Requests that -- were there any
23  complaints you made that were not processed



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
141–144

Page 141

1 through the protocol procedure?
2      A.  I have no knowledge.
3      Q.  Do you have any -- do you know of
4 any time that you complained to an officer
5 using the protocol procedure and that officer
6 not having filled out a protocol form?
7      A.  Not to my knowledge, no.
8      Q.  Same with grievance.  Do you know
9 of any grievances that you made that have not
10 been included?
11      A.  Not to my knowledge.
12      Q.  One thing that you sent us -- I
13 have to find it -- was an affidavit; right?
14 Do you remember?
15      A.  No, sir.
16      Q.  Obviously, this has not been Bates
17 Numbered but you filed this with the Court on
18 July 28th, 2014; and, when the Court filed it
19 for you, it generated a document number on
20 the docket and it's Docket Number 15 in your
21 case; right?
22      A.  Okay.
23      Q.  I'll show you that and we'll put

Page 142

1 that as an exhibit, as well, and mark it as
2 Exhibit Number 3.
3          All right.  Do you recognize this
4 document?
5          (Defendant's Exhibit Number 3 was
6 marked for identification.)
7      A.  Yes.
8      Q.  Who wrote out this document other
9 than the person who signed it?  Is that your
10 handwriting?
11      A.  I wrote the document and he signed
12 it.
13      Q.  Who is Michael Bender?  Is that
14 the name?
15      A.  Yeah.
16          He was the other inmate that had
17 his tooth pulled when I got my tooth pulled.
18 He was complaining for a year about them not
19 taking him to the doctor, also.
20          There was another inmate, but he
21 had already left, Robert Jefferson.  He had
22 the same thing, a tooth problem, and he had
23 complained for about a year, also; but he was

Page 143

1 already gone before I got this.
2      Q.  When was Michael Bender detained
3 in the Moultrie County Jail relative to your
4 detention?
5          You were there from October 7th,
6 2013; right?
7      A.  He was there before me.
8      Q.  Did he leave before you --
9      A.  Before I left?
10      Q.  -- were transferred?
11      A.  Yes.
12      Q.  And was he your cell mate?
13      A.  Yes.
14      Q.  For that entire period that you
15 were in Moultrie County Jail?
16      A.  No, sir.
17      Q.  For how long was he your cell
18 mate?
19      A.  Approximately, two and a half
20 months.
21      Q.  Which months, do you remember?
22      A.  We were cell mates the day we got
23 our surgeries, the day we got our tooth

Page 144

1 pulled.
2      Q.  That was in May?
3      A.  Yes.
4          We was cell mates up until he
5 left but we was cell mates a month and a half
6 before we got our teeth pulled until the day
7 he left.
8      Q.  So about March to May?
9      A.  Yeah.  Like, a month and a half
10 before we got our teeth pulled until he left
11 we were cell mates.
12      Q.  Okay.
13      A.  He left after this date.
14      Q.  Basically, from around mid March,
15 would that be fair to say?  A month and a
16 half before your tooth was pulled -- or maybe
17 mid April?
18          The tooth was pulled on May 28th;
19 right?
20      A.  Yeah, I think so.
21      Q.  So, from about mid April onwards,
22 he was your cell mate?
23      A.  Yeah.  A month and a half before



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
145–148

Page 145

1  we got our teeth pulled until he left we was
2  cell mates.
3       Q.  All right.  Was he a federal
4  detainee, also?
5       A.  Yeah, he was federal.
6           Robert Jefferson was federal, too.
7       Q.  Are there any other witnesses you
8  may call if this case goes to trail?
9           Bender is one.
10      A.  Robert Jefferson.
11      Q.  Do you know where he is?
12      A.  No.  He was a federal inmate.
13      Q.  Do you know if he was convicted at
14 that time?
15      A.  Yeah, he was convicted.  He had
16 five years.  He got 65 months.
17      Q.  Where is he?
18      A.  I don't know where he got sent to,
19 or Michael Bender.
20      Q.  Do you know where Bender is?
21      A.  No.  I don't know where he got
22 sent to, either.
23          Tony Brock was my cell mate when I

Page 146

1  first got there.  We came the same day.
2           We was cell mates until he got in
3  trouble around, I want to say, February or
4  March; and he got shipped out of the pod.
5       Q.  Okay.
6       A.  Tony Brock was my cell mate from
7  October 7th.  We got there the same day.
8           Tony Brock was a federal inmate,
9  also.
10      Q.  Generally, this Michael Bender --
11 based on the affidavit, it seems like he
12 knows that you submitted a lot of Sick Call
13 Requests –
14      A.  Yes.
15      Q.  -- and protocols; right?
16      A.  Yes.
17          Tony Brock and Robert Jefferson,
18 also.
19      Q.  Right.
20      A.  They was already gone before I
21 filled that out.  That's why I didn't have
22 them sign it, also.
23      Q.  What I'm saying is:  Do they have

Page 147

1  any other information more specific than
2  that?  Like, I mean, would they have been
3  there when you spoke to a nurse, for example?
4       A.  No.  We go one at a time.
5       Q.  One at a time.
6       A.  He was there when I filled out my
7  sick calls and stuff.
8       Q.  When you were filling it out?
9       A.  Yes.
10      Q.  They knew you were having problems
11 with your tooth; right?
12      A.  Yes.
13          Tony was one of the guys that I
14 was working in the commissary for to get the
15 phone cards; and he was getting the Tylenol,
16 also, too.
17          And Nicolas Hurley.  He was buying
18 Tylenol off commissary and trading them to me
19 for food so I could get the Tylenol for the
20 pain.  Tony Brock and Nicolas Hurley, also.
21      Q.  Okay.  So let me get the names
22 from you.  Tony what?
23      A.  Brock.

Page 148

1       Q.  How do you spell that?
2       A.  B-r-o-c-k.
3       Q.  He was federal, also?
4       A.  He was federal.
5       Q.  Okay.
6       A.  Nicolas Hurley was federal, and
7  you already have Robert Jefferson and Michael
8  Bender.
9       Q.  What's the time frame that Nicolas
10 Hurley was in jail with you in Moultrie?
11      A.  He was there before I got there,
12 and me and Tony came at the same time.
13      Q.  Was Hurley in jail with you during
14 November through May?
15      A.  Yeah, he was there.
16          He got sentenced in, I want to
17 say, April sometime.
18      Q.  Of 2014?
19      A.  I'm thinking that's when he got
20 sentenced.  I think that's it.
21      Q.  April, 2014 would be before your
22 surgery, though?
23      A.  Uh-huh.



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
149–152

Page 149

1    Q.  Yes?
2    A.  Yes.
3    Q.  And then Tony Brock?
4    A.  We came the same day, October 7th.
5    Q.  Through what day was he in
6  Moultrie County Jail?
7    A.  I want to say May.
8        He got in trouble and got shipped
9  off to Chicago.
10    Q.  And Jefferson was what date?
11    A.  Jefferson was there way before I
12  was there.  He was there three years.
13        He also had to get a tooth pulled,
14  too, and it took him a year to get his tooth
15  pulled.
16    Q.  Do you know when he left Moultrie?
17    A.  I don't know when he left.
18    Q.  Okay.  Was he there when you were
19  transferred?
20    A.  No.  He was gone before I got
21  transferred.
22        Everybody -- all them was gone.
23  They was already sentenced and out of there

Page 150

1  before I got transferred.
2    Q.  What was the conviction that you
3  are now serving a sentence for?
4    A.  Possession of a firearm by a
5  felon.
6    Q.  UUW?
7    A.  What is that?
8    Q.  Unlawful use of weapon.
9    A.  No.  It's just possession of a
10  firearm by a felon.
11    Q.  How many years did you get?
12    A.  108 months, 9 years.
13    Q.  When were you convicted?
14    A.  October 15th.
15    Q.  Sentencing was when?
16    A.  That's when I got sentenced.
17    Q.  October 15th of 2014?
18    A.  Yes.
19    Q.  What was your felony prior that
20  got you all that time?
21    A.  My prior conviction of state?
22    Q.  Yes.
23    A.  Possession and distribution.

Page 151

1    Q.  Of what, a controlled substance?
2    A.  Marijuana.
3    Q.  When was that?  When did you have
4  a conviction for that?
5    A.  March 3rd, 2010.
6    Q.  How many years or --
7    A.  10 years.
8    Q.  So were you still -- you were
9  basically on parol?
10    A.  I was at the work release.  I had
11  nine months left of work release.
12    Q.  And that's when you were caught
13  with a firearm?
14    A.  Yes.
15    Q.  So, now, when are you eligible
16  to be released only parol or work release or
17  whatever?
18    A.  There's no parol for federals.  I
19  get out July 28th, 2021.  That's the long
20  date.
21    Q.  Prior to 2010, did you have any
22  other felony convictions?
23    A.  No.  The 2010 conviction is the

Page 152

1  only conviction I got.  No juvenile, no
2  driving record, no nothing.
3    Q.  Where did you grow up?
4    A.  Dothan, Alabama.
5    Q.  So you're from Alabama?
6    A.  Yes.
7    Q.  How did you end up in Moultrie
8  County Jail?
9    A.  I left work release and got caught
10  in Illinois.
11        MR. RADIA:  All right.  I think
12  that's all I have.
13        I'm going to order a transcript
14  of this deposition.  The judge has issued an
15  order saying you are not eligible -- entitled
16  to get a free copy of your transcript of the
17  deposition; but it says, when the defendants
18  use your deposition in a motion at the end of
19  this case, then, we have to provide you -- we
20  have attach that whole deposition and all
21  your medical records with the motion, at
22  which point it's filed in court.
23        We'll file it with our motion so,

REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
153—156

Page 153

1  then, you will get a copy that way. We have
2  to serve you a copy of whatever we file with
3  the court. Do you understand?
4      THE WITNESS: Yes.
5      MR. RADIA: I have to tell you
6  that normally we have 28 days, as a witness,
7  if I order a transcript, that you would get a
8  copy of the transcript and then you would
9  look through and see if the court reporter
10  has made any errors in transcribing; okay?
11      THE WITNESS: Okay.
12      MR. RADIA: Let's go off the
13  record.
14      (Off the record.)
15      MR. RADIA: I explained to you
16  that you have the option of reviewing your
17  transcript and, if there are any errors in
18  transcription, you can make a note; or you
19  have the option to say "No, I am confident
20  the court reporter would have taken down what
21  I said accurately and I don't need to review
22  it."
23      What would you like to do?

Page 154

1      THE WITNESS: I would like to see
2  the transcript.
3      MR. RADIA: You do want to see it?
4      THE WITNESS: Yes.
5      MR. RADIA: I will attempt to send
6  you a copy through the system the best I can
7  but I don't know if they allow it or not.
8      THE WITNESS: Okay.
9      MR. RADIA: I have heard sometimes
10  you can't send them, because, after you make
11  those changes, you must send it back to the
12  court reporter. Because of your situation,
13  incarceration, it's a little complicated,
14  this process; but I will attempt to do that.
15      THE WITNESS: Okay. Thank you.
16
17      --oOo--
18
19
20
21
22
23

Page 155

1                CERTIFICATE
2  STATE OF ALABAMA      )
3
4  COUNTY OF JEFFERSON  )
5
6      I hereby certify that the above and foregoing
7  deposition was taken down by me in stenotype and the questions
8  and answers thereto were transcribed by means of
9  computer-aided transcription, and that the foregoing
10  represents a true and correct transcript of the testimony
11  given by and witness upon said hearing.
12      I further certify that I am neither of counsel, nor
13  kin to the parties to the action, nor am I in anyway
14  interested in the result of said cause named in said caption.
15      I further certify that I am duly licensed by the
16  Alabama Board of Court Reporting as a certified court reporter
17  evidenced by the CCR number following my name below.
18
19
20      Susan Bell, Commissioner
21      Certified Court Reporter
22      CCR#14-Expires:  9/30/15
23      Commission Expires:  10/15

Page 156

1            DEPOSITION ERRATA SHEET
2
3
4  Our Assignment No. 266451
5  Case Caption: REGINALD TYRONE MURPHY
6  vs. SHERIFF JEFF THOMAS, SGT. ROBERT
7  KIDD, and JAIL ADMINISTRATOR TRUSSELL
8      DECLARATION UNDER PENALTY OF PERJURY
9      I declare under penalty of perjury
10  that I have read the entire transcript of
11  my Deposition taken in the captioned matter
12  or the same has been read to me, and
13  the same is true and accurate, save and
14  except for changes and/or corrections, if
15  any, as indicated by me on the DEPOSITION
16  ERRATA SHEET hereof, with the understanding
17  that I offer these changes as if still under
18  oath.
19      Signed on the _____ day of
20  _____, 20____.
21
22  _____
23      REGINALD TYRONE MURPHY



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
157–158

Page 157

```
 1              DEPOSITION ERRATA SHEET
 2    Page No._____Line No._____Change to:_____
 3    _____
 4    Reason for change:_____
 5    Page No._____Line No._____Change to:_____
 6    _____
 7    Reason for change:_____
 8    Page No._____Line No._____Change to:_____
 9    _____
10    Reason for change:_____
11    Page No._____Line No._____Change to:_____
12    _____
13    Reason for change:_____
14    Page No._____Line No._____Change to:_____
15    _____
16    Reason for change:_____
17    Page No._____Line No._____Change to:_____
18    _____
19    Reason for change:_____
20
21    SIGNATURE:_____DATE:_____
22              REGINALD TYRONE MURPHY
23
```

Page 158

```
 1              DEPOSITION ERRATA SHEET
 2    Page No._____Line No._____Change to:_____
 3    _____
 4    Reason for change:_____
 5    Page No._____Line No._____Change to:_____
 6    _____
 7    Reason for change:_____
 8    Page No._____Line No._____Change to:_____
 9    _____
10    Reason for change:_____
11    Page No._____Line No._____Change to:_____
12    _____
13    Reason for change:_____
14    Page No._____Line No._____Change to:_____
15    _____
16    Reason for change:_____
17    Page No._____Line No._____Change to:_____
18    _____
19    Reason for change:_____
20
21    SIGNATURE:_____DATE:_____
22              REGINALD TYRONE MURPHY
23
```



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
Index: #17..2/4/14

**\#**

**#17**
119:13,15

**$**

**$50**
135:14

**-**

**--o0o--**
154:17

**0**

**0700**
87:19

**1**

**1**
12:12
14:7,10
90:21
128:22
130:4
132:8
139:3
140:9,18

**1/12/14**
79:15
83:3

**1/2**
92:16

**10**
36:23
38:4
54:11

105:5
151:7

**100**
134:1,3

**1000**
73:17
81:17

**108**
150:12

**10:00**
42:16

**10th**
77:22
78:12

**11**
97:1
120:9,12

**11/1**
52:12

**11/27/2013**
30:3

**11:15**
43:23
44:4,9,10

**11th**
97:18,22
99:2
101:7
103:10,18

**12**
54:11
126:22
127:7

**12/13/2013**
63:18

**12/16/2013**
67:10

**12/17/2013**
64:17
68:14

**12/3/2013**
59:12

**128**
134:1,3

**12th**
76:8
78:10,13
79:4
86:5,8,13
101:12
103:20
107:6
108:10

**13**
66:13
126:22
127:5,8

**132**
52:22
53:1

**135**
44:14
50:12
51:3,13
53:19,22
57:4 59:1
66:11

**13th**
64:14

**14**
125:16

**14-CV-2125**
7:4

**140**
63:15,16
66:9,14

**145**
82:14
84:8

**148**
103:7,8
104:2

110:16
114:5

**14th**
119:9
123:13
126:6,19

**15**
53:14
141:20

**150**
24:6 72:2

**152**
121:19
123:2
126:13

**15th**
16:17
18:18
23:1
50:5,15
51:1,22
53:10,16
106:10
107:23
108:23
150:14,17

**16th**
68:22
78:23

**17th**
68:8
77:15

**18th**
103:22

**19**
25:4
116:18
117:11

**1900**
89:21

**1988**
9:18

**19th**
19:12
20:11
21:8
23:3,8
27:6

**1st**
9:18
53:5,9
95:1
117:21
134:14
135:5

**2**

**2**
12:19
35:23
36:22
38:3
61:18
63:5
71:1,3,4,
16,18,19
73:17,18
80:8
81:17,18
88:11
90:21
92:16,22
93:13,15
100:23
102:23
103:1
111:23
112:1,17
128:22

**2/27/14**
88:15

**2/27/2014**
87:8

**2/4/14**
84:23



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
Index: 20..30th

| | | | | |
|---|---|---|---|---|
| **20** | 107:23 | 148:18,21 | 132:8 | **28th** |
| 42:11 | 108:23 | 150:17 | 139:3 | 35:15 |
| 105:5 | 134:14 | | 140:10,19 | 43:17 |
| 116:16,22 | 136:10 | **2015** | | 94:6,18 |
| | 143:6 | 6:6 | **22nd** | 98:2,21 |
| **200** | | | 89:8 | 127:16 |
| 29:8 | **2014** | **2021** | 103:11,19 | 128:5 |
| | 10:7 | 151:19 | 104:9 | 141:18 |
| **2010** | 75:12,17, | | 107:23 | 144:18 |
| 151:5,21, | 18 76:9, | **204** | 109:1 | 151:19 |
| 23 | 21,22 | 62:23 | 110:16 | |
| | 77:3,23 | | 114:10 | **29** |
| **2013** | 78:10 | **206** | | 99:12 |
| 10:4,23 | 79:4 | 61:18 | **23** | 100:21 |
| 11:12 | 83:18 | 63:4 | 128:21 | 103:21 |
| 16:17 | 86:5,6,13 | | | 107:7 |
| 18:18 | 87:23 | **209** | **25** | |
| 19:12 | 88:6,10 | 118:1,2 | 128:21 | **29th** |
| 20:11 | 89:3,8,9 | | | 47:12 |
| 21:8 | 91:5,6, | **20th** | **26** | 112:5,12 |
| 23:1,3 | 19,20 | 122:3,4, | 76:2,6 | 113:3 |
| 25:4 | 92:7 | 16 | | |
| 26:6,13 | 94:4,18, | | **26th** | **2nd** |
| 27:6,7,9 | 22 97:1, | **21** | 91:20 | 134:14 |
| 33:11 | 17,19,22 | 116:20 | 128:4,7 | 135:6 |
| 35:16 | 98:1,2, | 118:23 | | |
| 38:11,18 | 20,21 | | **27** | _____ |
| 40:6 41:3 | 99:1,2,4 | **210** | 26:6,12 | |
| 43:17,21 | 101:7,12 | 69:8 | 65:20 | **3** |
| 44:14 | 103:10, | | 76:3,13 | _____ |
| 45:1 | 11,18,19, | **21:30** | 87:23 | |
| 50:6,11, | 20,22 | 43:20 | 94:14 | **3** |
| 15,16 | 104:9 | 44:5 | | 25:2 |
| 51:1,22 | 107:6,23 | | **27th** | 40:14 |
| 53:5,9, | 108:10 | **22** | 27:7,9 | 63:22 |
| 11,16,17 | 109:1 | 76:19,20 | 89:22 | 64:12 |
| 57:6 59:5 | 110:16 | | 91:6,12 | 76:23 |
| 61:6 62:8 | 112:12 | **221** | 94:2,6 | 90:21 |
| 64:14 | 113:3 | 12:13 | 97:23 | 142:2,5 |
| 65:20 | 114:10 | | 98:20 | |
| 66:10,13 | 119:10 | **222** | 99:3 | **30** |
| 69:1 73:2 | 123:13 | 12:16,22 | | 38:10 |
| 77:15 | 125:16 | 128:20 | **28** | 42:11 |
| 78:23 | 134:15 | | 33:10 | 57:5 |
| 80:9 | 135:6 | **224** | 90:11 | 66:10 |
| 100:12,16 | 136:10 | 128:21 | 92:7 | 111:2 |
| 105:15 | 141:18 | | 99:12 | 122:20 |
| 106:5,10 | | **227** | 103:21 | |
| | | 118:22 | 107:7 | **300** |
| | | 119:1 | 153:6 | 82:12 |
| | | | | |
| | | **228** | | **30th** |
| | | 12:12,17, | | |
| | | 22 118:23 | | |
| | | 119:1 | | |



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
Index: 31..59

| | | | |
|---|---|---|---|
| 38:17 | 79:9 | 89:10,19 | 21:11 |
| 40:6 | | 93:23 | 5 | 23:12 |
| 43:21 | **3rd** | 94:1,3 | 24:3 |
| 44:14 | 59:5 76:4 | | 63:3,4 |
| 45:1 | 89:9 94:3 | **42** | **5** | |
| 47:13 | 151:5 | 75:7,16, | 73:18 | |
| 50:11,16 | | 21 90:18, | 81:18 | **53** |
| 53:11,17 | ———— | 19 94:21 | 88:11 | 16:11 |
| 76:9 | **4** | | 93:16 | 18:17 |
| | | **43** | 103:1 | 23:1 50:6 |
| **31** | **4** | 92:3,7 | 129:22,23 | 51:1,22 |
| 101:17 | 88:14 | | 130:3,4 | 52:3 |
| 103:23 | 89:19 | **43-44** | | 53:13 |
| | 90:22 | 98:2,21 | **5/1/14** | |
| **32** | 93:13,14, | 99:7 | 117:6 | **54** |
| 101:17 | 15 116:1, | | | 38:11,13 |
| 102:22 | 2,5,9 | **4396** | **5/20/2014** | 43:22 |
| 103:23 | | 9:20 | 121:22 | 44:8 |
| | **4/11/14** | | | |
| **322** | 95:17 | **44** | **5/26/2014** | **55** |
| 57:15,16 | 96:23 | 92:3,8,12 | 127:10 | 38:11,14 |
| 58:2 | | 93:12 | | 39:17 |
| | **4/12/2014** | | **5/28/14** | 43:22 |
| **33** | 99:16 | **45** | 121:14 | 44:8 |
| 111:2 | | 84:17 | | |
| | **4/18/2014** | 97:18 | **5/28/2014** | **56** |
| **34** | 102:1 | | 130:8 | 30:15 |
| 112:7,8 | | **46** | | 32:19 |
| 113:4 | **4/24/2014** | 73:7,9,16 | **5/6/14** | 33:19 |
| 116:6,9 | 111:8 | 74:23 | 117:18 | 36:18 |
| | | | | 37:13 |
| **35** | **4/29/14** | **47** | **50** | 43:15 |
| 112:8,9, | 115:21 | 70:23 | 18:20 | 65:17 |
| 12 | | 71:6,22 | 67:1,2 | |
| | **40** | 72:23 | 79:1 | **565** |
| **36** | 86:18 | 73:12,19, | | 6:5 |
| 95:10 | 88:18 | 20 74:23 | **500** | |
| 96:12 | 89:11,12 | | 28:16 | **57** |
| 97:19 | 90:2 | **48** | 36:22 | 30:15 |
| 103:10 | 91:11,12, | 73:10 | 38:3 | 32:19 |
| | 14 98:1, | 74:23 | 87:19,20 | 35:16 |
| **37** | 20 99:3,6 | | 88:11 | 43:16 |
| 77:23 | | **49** | 89:4 90:1 | |
| 78:1,3 | **400** | 68:10 | | **58** |
| 79:4 | 46:15 | | **51** | 59:4 |
| | 73:18 | **4th** | 18:21 | 60:13 |
| **38** | 81:18 | 86:6,13 | 19:5 | 62:5 |
| 78:21 | | 90:22 | 23:9,12 | |
| 79:8 | **41** | 91:5,12, | 24:3 | **59** |
| | 75:7,11, | 19 97:17, | 65:3,4 | 60:21 |
| **39** | 21 88:7, | 22 99:1 | | 62:5 |
| 78:21 | 8,16,23 | | **52** | |
| | | | 19:5,8,16 | |



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
Index: 5e..April

**5e**
  101:1

**5th**
  95:1

---

**6**

**6**
  118:13

**65**
  26:7
  65:13
  145:16

**6:00**
  42:16

**6th**
  61:6  62:8

---

**7**

**7**
  24:9
  112:1,17

**7th**
  10:4,23
  143:5
  146:7
  149:4

---

**8**

**800**
  25:16
  46:14,23
  47:2
  88:14
  89:20
  93:17,18
  94:23

---

**9**

**9**
  6:6
  150:12

**9:00**
  122:4,5,
  16,21

**9:30**
  6:7  44:5
  122:5

---

**A**

**a.m.**
  6:7
  122:4,5,
  16

**ability**
  105:11

**abrasive**
  27:18

**absence**
  55:7

**accurately**
  37:6
  153:21

**acting**
  6:3

**action**
  114:16

**add**
  75:20

**addressed**
  84:11

**Administration**
  57:14
  71:7  88:3

**Administrator**
  7:1  10:16
  58:2
  99:18
  101:10
  106:16
  108:10
  125:6
  132:12

**Advil**
  21:3
  23:21
  25:15
  26:2  46:7

**advise**
  121:16

**affidavit**
  141:13
  146:11

**agree**
  19:13
  22:19
  24:2,10
  26:8
  35:17
  37:5,15
  40:12
  56:1  60:8
  69:19
  70:9  72:8
  75:14,20
  76:6,19
  80:21
  81:4
  83:18,20
  84:1
  88:17
  90:1,20
  92:9
  94:22
  97:21
  99:17
  100:3
  106:3

**Administrator**
  113:7
  116:5
  121:3
  129:6
  134:23
  136:15,21

**Alabama**
  6:3,6
  41:1
  152:4,5

**alleging**
  10:14

**allergic**
  37:22

**allowed**
  136:21

**Amoxicillin**
  28:15
  29:6
  36:22
  37:13,17
  65:17,19
  82:8
  87:19
  88:19
  89:4
  90:7,21
  94:2

**answering**
  9:9

**answers**
  7:15  8:9
  31:14

**antibiotics**
  63:21
  64:1
  67:18
  70:15
  77:17

**appears**
  32:12
  86:22
  100:4

**Administrator**
  102:7
  111:22
  134:15

**Apply**
  128:12

**appointment**
  103:2
  112:20
  114:1
  118:7,9,
  14,16,19,
  20 121:13
  122:3,7,
  15 123:3,
  5,15
  125:17
  127:15

**apprehensive**
  85:13

**approval**
  97:11
  114:2
  121:14,15
  123:4,5,9

**approve**
  122:13

**approved**
  121:16

**Approximately**
  143:19

**April**
  76:8,9
  97:1,18,
  22 99:2
  101:6,12
  103:10,
  11,18,20,
  22 104:9
  106:12
  107:6,23
  108:9



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
Index: area..Brock

109:1
110:16
112:5,12
113:3
114:10
144:17,21
148:17,21

**area**
15:21
22:15,16
119:13

**argument**
47:23

**arises**
9:22

**arm**
35:3,4
59:9,23
60:1 61:4

**arms**
62:13

**arrangements**
66:2

**asks**
34:6
80:16

**assess**
112:20

**Assessment**
22:10

**assume**
24:10
85:19

**assuming**
125:21

**ate**
135:21

**attach**
14:3
152:20

**attached**
87:2

**attempt**
154:5,14

**attention**
14:20
106:9

**attorney**
6:23

**attribute**
63:5

**authority**
136:16,20

**authorized**
136:23

---

**B**

**B-r-o-c-k**
148:2

**baby**
20:23
21:4
25:10
83:13

**back**
7:21
13:13
22:12
36:17
42:2,9
53:22
58:23
64:8
71:2,18
77:12
78:17
87:15,16
114:5
119:6
133:5
137:23

138:1,3,
5,8,10
154:11

**background**
9:16

**Banghart**
13:8
121:10,12

**based**
34:4 40:9
44:12
55:11
56:21
88:19
146:11

**basically**
16:20
31:18
49:2
67:19
105:2
118:22
121:3
129:14
144:14
151:9

**Bates**
12:11,16
13:10,13
14:1
16:11
26:6
141:16

**batteries**
135:20

**beginning**
6:7

**belabor**
37:11

**bell**
6:1 21:18
32:14

**Bender**
142:13
143:2
145:9,19,
20 146:10
148:8

**benefit**
7:17

**bent**
59:23
61:4

**Bhairav**
6:22

**BID**
24:9,14
82:8
88:11

**bigger**
63:11

**binder**
72:13,15

**birth**
9:17

**bite**
11:14

**biting**
63:9
105:12

**bleeding**
11:23
16:23
25:4,8
28:3,4
78:17

**blood**
20:12
29:12
31:12
117:9

**blue**
74:4

**book**
72:11

**booked**
10:2,23

**bottom**
14:1
21:10
29:15
57:3,13
72:23
75:11
76:7
85:18
87:18
89:12
96:11,13
116:8
120:20
123:2

**bought**
134:6,20
135:5,12

**bound**
72:11

**box**
88:10

**BP**
28:9
29:15

**break**
9:11,13
129:2,5
130:1
131:17

**breakfast**
48:15,16

**briefly**
45:21

**Brock**
145:23
146:6,8,
17



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
Index: bugging..clarify

147:20,23
149:3

bugging
114:22

button
43:7

buy
135:15

buying
136:4
147:17

———————

C

———————

C/o
57:20

call
12:1
14:21
15:9,11
16:1,13
17:18
18:10,17
20:3,5
22:23
23:4
31:7,14
32:3 43:1
50:4,17,
23 51:21
53:12
54:9,17,
18 58:9,
14,21
64:18
66:23
67:4,22
68:7,22
77:16,22
78:6
79:1,2,5
81:21
84:12,19
86:5

95:15
96:3
97:16
103:9,13
105:5
107:15,
16,17,19,
22 109:10
117:2,20
131:20
132:4
133:2,13
137:13,17
138:19
139:13
140:8,17,
22 145:8
146:12

called
46:22
49:12
51:15

calling
46:1

calls
50:21
106:23
138:2,4,8
140:15
147:7

capable
54:6

cards
135:13,16
136:1,3,
5,6
147:15

care
10:18
54:22
105:3,6
120:6
122:14
123:10

care/
custody
105:13

carried
90:14

carries
90:15

case
7:3 9:22
10:15
27:3
61:14
130:22
131:9
141:21
145:8
152:19

catch
116:11

catching
85:13

caught
151:12
152:9

causing
63:10
78:19
105:10

cell
34:14
42:19
85:9
119:4
133:5
143:12,
17,22
144:4,5,
11,22
145:2,23
146:2,6

cellmate
85:4,15

Central
7:3

Cephalexin
38:3,5

Certified
6:1

certify
6:3

chain
105:22

chance
74:9
91:23

change
74:9

changed
46:5
122:8

changing
45:22

charge
52:17
104:17

chart
37:2,3
70:18
71:10,21
76:8,14,
20 88:4
90:13,16,
17 93:21
94:21

Charting
73:1

charts
37:6
72:10
74:22
75:8,23

Check
105:16

checked
20:13
85:3
117:9

checking
20:20

cheek
96:1
102:13,
18,20
105:10,13
111:16,20
113:22

chew
29:2
105:12

chewed
63:8

Chicago
149:9

chips
135:9

Chris
111:10

chuckhole
34:12

circle
27:19

circumstanc
es
31:2

claim
10:10
60:9
137:17

claiming
10:14

claims
131:9

clarify



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
Index: clarifying..could've

106:1
125:11
135:3

**clarifying**
125:5

**Clayton**
128:16

**clean**
91:16

**clear**
9:5 45:20
70:5
71:19
72:22
105:1

**Clough**
128:16

**cold**
128:13

**column**
28:12,13

**commissary**
134:6,20
135:15
147:14,18

**commissioner**
6:3

**comparing**
63:2

**complain**
33:3
46:18
62:9
103:17

**complained**
39:3 40:5
71:17
81:7 94:6
107:6
141:4

142:23

**complaining**
16:14
31:5,20,
22 33:11,
14 41:8
45:17,21
55:4
59:19
67:11
79:20
83:4
95:22
102:8
105:17
106:2
117:7
121:23
127:11
133:15,16
142:18

**complaint**
20:14
38:20
40:1,2
69:3
92:11
99:18
103:20,22
111:11
128:15
129:21

**complaints**
55:6
86:14
91:7,18
131:21
132:4
140:23

**completely**
58:3

**complicated**
154:13

**complies**

16:12
18:22
19:6
30:16
38:12
112:10
116:3
134:2

**compress**
128:13

**confident**
153:19

**confirm**
12:3,9,23
27:14
53:10
136:15

**confusing**
124:3

**connected**
45:15
130:15,17

**connection**
17:5

**consist**
74:2

**constantly**
29:2
33:15

**consume**
135:18

**contact**
126:3

**continually**
16:23

**continue**
112:17

**continued**
90:21

**controlled**

151:1

**conversatio
n**
8:12
20:10
47:21

**conversatio
ns**
126:9

**convicted**
145:13,15
150:13

**conviction**
150:2,21
151:4,23
152:1

**convictions**
151:22

**cookies**
135:9,22

**copier**
72:15

**copy**
13:14
19:16
58:15
76:18
116:5,13
152:16
153:1,2,8
154:6

**corner**
114:6,11

**correct**
9:23
10:12,20
11:2
15:13
16:18,23
17:4
18:18
20:7,15

28:10
30:18
34:1
37:23
38:15,18
39:6
40:10,19
57:6
101:4
118:1
127:3
128:5

**correction**
19:4
31:17
34:7
46:19
47:6 54:5
55:20
58:10
64:16

**correctiona
l**
6:4 31:23
36:10
45:10
54:3
55:10,11
56:2 66:3
84:6 92:9
111:10
115:12
124:8
136:15

**correctly**
49:23
125:14

**corresponde
nce**
12:11

**coughing**
85:16

**could've**
138:14



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
Index: count..dentist

count
126:15

County
9:23 10:3
12:8
14:18
32:8 37:7
41:1,9
44:21
47:5
54:12
57:11
65:2 97:8
100:18,20
123:23
134:5,20
136:9
139:4
143:3,15
149:6
152:8

couple
7:10
105:23
125:8
128:8

court
7:2,8,12,
16 8:3
10:9 12:5
141:17,18
152:22
153:3,9,
20 154:12

cover
38:23
39:1 42:1
112:2
140:5,6

create
119:7

crossed
46:20
71:1,4,16

cruel
52:20
105:16

cups
47:8

cut
28:20
70:21
72:16
102:12

cutting
25:9
29:3,7
96:1
100:9
102:8
105:9
111:14,19
113:22
_____

D

daily
101:1

Dan
32:13

date
9:17
26:12
33:8
44:23
63:17
67:9
68:13
72:16,19
76:16
77:21
78:9
79:14
83:2
84:22
87:6
88:15
89:16

92:6
94:11,12,
17 95:16
98:17
99:15
101:23
104:8
107:10
111:7
117:17
119:23
122:3,4
127:9
130:6
134:13
144:13
149:10
151:20

dated
16:17
18:17
19:12
38:17
44:14
58:1
59:5,12
61:5
121:22

dates
70:21
71:11
75:1,4

day
21:6
23:11
31:21
36:1,23
38:4,8
42:14
46:18
48:13
54:11
66:6,7,12
68:19
71:3 72:2

73:18
81:18
90:3,5
93:16
95:3
101:4
103:1
112:1
113:9
117:5
118:4
125:1
127:20,21
130:9
143:22,23
144:6
146:1,7
149:4,5

dayroom
15:20
34:19,20
42:16
58:6

days
24:9,12
36:23
38:4
40:14
53:14
58:20
67:17
73:18
81:19
88:12
90:4,5,6,
7,8,11,12
91:2,3
92:16
93:16
95:4
101:1
103:1
112:1,18
128:8
153:6

deadline
68:8

deal
115:17,19

December
19:2 59:5
61:6 62:8
64:14
66:12
68:22
77:15
78:23
83:7,18
106:12

decides
55:1,2

defendant's
12:19
14:10
142:5

defendants
10:15
152:17

deliberatel
y
10:17

denied
74:18

dental
32:21
33:3
40:13
80:3
92:18
100:15
112:20
113:1,17
114:19,21

dentist
16:21
29:22
33:16
51:2,19,



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
Index: Department..eaten

20 97:12
103:2
113:13,18
118:6,7,
14,15,19
126:6

**Department**
110:20
113:5
120:15

**deposition**
7:5,6
13:17
14:4
152:14,
17,18,20

**deputy**
124:9

**detail**
37:11

**detained**
143:2

**detainee**
14:19
35:6
145:4

**detention**
143:4

**dick**
48:11

**die**
42:21

**difficult**
8:4

**difficulty**
111:19

**dire**
42:20

**directed**
12:4
125:20

**discovery**
13:19
15:12
16:3
132:7
139:3

**discuss**
64:18
109:14
133:2,7

**discussed**
85:21
98:19
101:11
103:19
131:20
132:21
136:12

**discussion**
86:1,3

**discussions**
133:13

**dislocation**
130:13

**dispute**
39:19
119:22
134:18,19

**distributio
n**
150:23

**District**
7:3

**docket**
141:20

**doctor**
14:20
15:2,6
18:10
21:5
26:23
27:6,10,

13 30:3,4
31:7,8,
14,15,16,
22 32:3,
7,16,17
33:16
35:11,18
36:6
42:3,4
46:2,22,
23 49:5,
16,17,22
52:13,16,
22 54:9,
13,18
55:2,8,9,
15,17
56:6,10,
12 63:22
64:20
65:23
66:4
67:13
78:15,16
85:2,3
88:20,22
89:13
96:10,21
102:23
111:23
112:11,15
120:4
122:2,13
123:9,16
131:23
136:23
137:1,2,
6,7,8,19
139:23
142:19

**doctor's**
42:10
46:6 56:4
113:10

**doctors**
54:3,6

55:22

**document**
19:17
26:4,8,
16,17
27:2,12
29:21
30:13
44:11,16
52:11
59:3,7
60:22
63:13,17
68:11
78:4,20
82:13,15
84:16,18
92:4 95:9
101:16
103:6
111:3
117:13
118:21
119:7
130:2
141:19
142:4,8,
11

**documents**
12:2,4,6,
10,16
13:11,18,
23 14:8
32:12
37:2 38:9
52:7
60:16
86:9
119:6
128:19,22
129:8
131:1
132:7
134:3,11,
14,15

**door**
34:11,15,
16,17
35:3 47:8

**Doritos**
135:9

**Dothan**
152:4

**driving**
124:12
152:2

**due**
61:15
105:11,19

**duly**
6:13

**duty**
47:9
52:14
58:11,12
109:7,9,
11

E

**earlier**
36:5
43:16
65:15
136:14

**East**
6:5

**easy**
7:11

**eat**
61:16,19
81:2
105:11
135:21

**eaten**
135:10



800.211.DEPO (3376)
EsquireSolutions.com

REGINALD TYRONE MURPHY                          February 09, 2015
MURPHY vs. SHERIFF JEFF THOMAS, et al.          Index: eating..filled

eating
  63:6

edema
  22:16

education
  70:11

Elevates
  28:9

eleven
  91:3

eligible
  151:15
  152:15

else's
  136:4

emergency
  18:9
  31:19

end
  152:7,18

entire
  143:14

entitled
  152:15

Erica
  36:16
  79:17

errors
  153:10,17

escape
  127:23

escort
  109:19

exact
  109:21

exam
  35:6
  40:13
  80:4
  92:18

100:15
122:2,11

examination
  6:9,16
  55:19
  102:11
  123:16

examined
  49:17
  126:6

exception
  125:18

excuses
  105:15

Exercise
  62:13

exhibit
  12:19
  14:3,6,7,
  10 60:13
  62:6
  74:23
  75:21
  76:12
  116:12
  130:20
  142:1,2,5

explain
  54:2

explained
  153:15

extraction
  112:20

extremities
  62:14

_____

        F

face
  125:15
  126:18

face-to-
face
  126:9

facility
  105:14

fact
  105:9

fair
  53:7
  56:15
  107:21
  144:15

faster
  98:4
  104:22

fax
  115:14

February
  6:6 41:3
  75:12
  80:9
  86:6,13
  87:23
  88:6,9
  89:3,8,22
  90:11,12
  91:4,5,6,
  11,12,19,
  20 92:7
  94:1,18
  97:17,21,
  23 98:2,
  16,20,21
  99:1,3
  100:16
  106:12
  146:3

Fed
  113:1

federal
  6:4 7:2
  52:15,18
  85:5

97:3,6
114:2
119:12
145:3,5,
6,12
146:8
148:3,4,6

federals
  151:18

feed
  34:12

feel
  11:10

feeling
  59:9,10
  117:8

felon
  150:5,10

felony
  150:19
  151:22

felt
  104:17

figure
  50:1

file
  12:6
  19:1,8
  26:5
  30:14
  38:10
  44:13
  59:4
  63:14
  78:21
  98:15
  99:12
  103:6
  105:16
  111:2
  116:16
  118:22
  120:10

121:19
131:2
134:4
137:20
152:23
153:2

filed
  138:5,14,
  19
  141:17,18
  152:22

files
  132:10
  139:17

fill
  17:12
  23:4
  26:18
  32:2
  44:20
  53:11,17
  82:19
  84:20
  86:4
  91:6,17
  95:18
  104:5
  113:11

filled
  16:14
  22:23
  31:1,3,4
  35:11,17
  36:11
  39:6,8
  45:3
  51:21
  53:5 58:3
  59:14
  61:11
  66:12,13
  67:5
  73:8,9
  79:2,3,17
  81:11,16


ESQUIRE
S O L U T I O N S

800.211.DEPO (3376)
EsquireSolutions.com

REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
Index: filling..grievance

| | | | | |
|---|---|---|---|---|
| 87:14,15 | **fixed** | 87:1,7 | 89:16 | 8:19 |
| 107:7,16 | 48:22,23 | 95:14,15 | 98:8 | |
| 109:10 | | 99:23 | 106:7 | **give** |
| 111:10 | **flu** | 100:4 | 134:21 | 14:8 17:7 |
| 113:11 | 85:6,14 | 101:13,21 | 148:9 | 31:16,17 |
| 117:3 | | 104:3,4,6 | | 32:4 47:7 |
| 120:18 | **follow-up** | 108:17 | **free** | 56:6 |
| 141:6 | 67:20 | 109:11 | 52:18 | 58:15,19 |
| 146:21 | 70:10 | 111:5 | 152:16 | 66:19 |
| 147:6 | | 112:23 | | 73:4 |
| | **food** | 113:6 | **freeze** | 74:8,10, |
| **filling** | 136:6 | 114:12 | 74:5 | 11,13 |
| 19:19 | 147:19 | 115:2,14 | | 90:8 |
| 33:12 | | 116:23 | **freezer** | 93:13,19 |
| 34:21 | **form** | 117:2 | 74:5 | 98:5 |
| 147:8 | 16:14 | 120:18 | | 109:21 |
| | 18:12,13 | 121:21 | **front** | 137:8 |
| **fills** | 21:22 | 124:20,22 | 34:10 | |
| 32:1 | 22:3,8,23 | 126:2,16, | 117:12 | **giving** |
| 41:17 | 30:18,21 | 17 127:2 | | 38:23 |
| | 31:13 | 141:6 | **frozen** | 41:10 |
| **find** | 32:1,18, | | 74:10 | 47:1 48:3 |
| 64:20 | 19 33:2, | **forms** | | 55:10,17 |
| 75:23 | 9,19,20 | 15:15,18 | **full** | 56:5,7,9, |
| 86:7 | 35:15 | 18:14 | 6:19 | 13 89:20 |
| 141:13 | 36:11,12, | 23:4 31:3 | | 91:23 |
| | 18 38:14, | 50:17 | | |
| **fine** | 21 39:6 | 53:12,18 | _____ | **good** |
| 70:5 | 42:9 | 56:17 | | 116:11 |
| | 43:16 | 58:6,8,9 | G | 129:14 |
| **finger** | 44:13 | 86:12 | | |
| 59:21 | 45:3 | 137:9 | **gathered** | **grams** |
| 60:17 | 50:2,4, | 138:9 | 82:1,2 | 29:8 |
| 61:3,9 | 12,23 | | | |
| 130:18 | 51:13,22 | **forward** | **gave** | **granted** |
| | 52:12 | 90:14,15 | 17:8 | 123:5 |
| **fingers** | 53:3,4 | | 25:16 | |
| 59:10 | 57:21 | **found** | 29:5 34:4 | **grievance** |
| | 58:3,13, | 39:11 | 46:8,10, | 44:13 |
| **finish** | 14,16 | | 12 64:16 | 45:3 49:9 |
| 7:21 8:1 | 63:23 | **foyer** | 65:23 | 50:12 |
| 14:8 | 64:12 | 58:6 | 137:21 | 51:3,12 |
| 131:17 | 66:11,13 | | 138:12 | 52:12 |
| | 67:4 78:7 | **fractures** | 139:17 | 53:2,3,4, |
| **finished** | 79:2,3,12 | 130:13 | | 18 57:5 |
| 77:13 | 80:16 | | **generally** | 58:5,8, |
| 129:3 | 81:8 | **frame** | 22:19 | 13,16,22 |
| | 82:17,18 | 56:3 | 42:7 | 63:23 |
| **firearm** | 84:7 | 61:19 | 146:10 | 64:12 |
| 150:4,10 | | 66:16 | | 66:11,13 |
| 151:13 | | | **generated** | |
| | | | 141:19 | |
| | | | | |
| | | | **gesture** | |



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
Index: grievances..identified

| | | | | |
|---|---|---|---|---|
| 82:18 | 72:11 | 45:19 | history | 43:12 |
| 84:7 | 127:23 | 57:8 67:7 | 40:17 | **Hurts** |
| 104:4 | 129:21 | 78:11 | 41:11 | 102:19 |
| 108:17 | 135:3 | 82:21 | 80:7 | |
| 110:15 | | 85:20 | 92:21 | |
| 114:12 | **guessing** | 105:1 | | **I** |
| 121:21 | 65:8 | 113:1 | **hold** | |
| 123:1 | 69:22 | 142:10 | 7:20 19:2 | **IBU** |
| 124:20,22 | 88:9 | | 98:16 | 88:14 |
| 125:19 | **gum** | **happen** | | |
| 126:1 | 16:22 | 11:15 | **hole** | **Ibuprofen** |
| 137:9 | 22:16 | 43:10 | 28:21,23 | 21:2 |
| 138:9 | 25:10 | | 63:11 | 23:19,20 |
| 141:8 | 29:1 63:9 | **happened** | 100:5 | 25:15 |
| | 69:18 | 11:14 | 101:15 | 26:2 29:8 |
| **grievances** | 70:6 | 17:2 | 105:10,19 | 35:23 |
| 12:6 | | 33:12 | | 37:14 |
| 57:11 | **gums** | 47:15 | **home** | 38:22 |
| 66:15 | 83:11,12 | 48:12 | 18:10 | 40:4 |
| 136:8 | | 49:3 | **hoping** | 46:11 |
| 138:3,4 | **guys** | 114:16 | 115:18 | 65:19 |
| 141:9 | 147:13 | 118:4 | **hospital** | 71:3,19 |
| | | | 31:7 | 73:17 |
| **grieving** | **H** | **Havlik** | 49:13,16 | 81:18 |
| 45:6 | | 113:18 | 51:8,16, | 89:1,19 |
| | | 120:2 | 18 52:2 | 93:13,15, |
| **ground** | **half** | 121:7 | 85:2,3,7 | 17 94:16, |
| 7:11 | 82:23 | 124:15 | | 23 100:23 |
| | 96:11,13 | 125:2 | **hours** | 103:1,4 |
| **group** | 143:19 | | 54:11 | 111:23 |
| 14:3,6,7 | 144:5,9, | **Havlik's** | 71:12 | 112:17 |
| 60:13 | 16,23 | 13:1 | 89:21 | 113:20 |
| 62:6 | | 119:8 | | |
| 74:23 | **hand** | 123:14 | **housed** | **ice** |
| 75:21 | 17:12 | | 85:5 | 36:1 |
| 76:11 | 32:20 | **He'll** | | 73:21,23 |
| 116:12 | 54:6 | 66:6 | **Houston** | 74:3,15, |
| | 136:18, | | 40:23 | 18 |
| **grow** | 20,22 | **head** | | |
| 152:3 | | 8:7,11,14 | **Huh/uh** | **identificat** |
| | **handing** | 35:1 | 133:21 | **ion** |
| **growing** | 47:4 | 132:20 | | 12:20 |
| 16:22 | | | **Hurley** | 14:11 |
| | **hands** | **hear** | 147:17,20 | 142:6 |
| **guess** | 120:8 | 56:11 | 148:6,10, | |
| 9:3,8 | | 138:16 | 13 | **identified** |
| 21:20 | **handwriting** | | | 76:15 |
| 23:16 | 21:21 | **heard** | **hurt** | 136:11 |
| 27:19 | 22:1 | 154:9 | 119:12 | 139:10 |
| 47:20 | 44:18 | | | |
| 62:2 63:3 | | **hearing** | **hurting** | |
| | | 105:14 | | |



REGINALD TYRONE MURPHY                          February 09, 2015
MURPHY vs. SHERIFF JEFF THOMAS, et al.           Index: identify..Kidd

identify
    13:23
    64:10

identifying
    39:13

Illinois
    7:4
    152:10

immediately
    48:22
    105:4

impacted
    10:12
    128:23

inability
    105:12

inadequate
    55:13,14

incarcerati
on
    154:13

incident
    73:13

include
    60:13,18
    74:22
    75:6
    76:11
    77:11
    130:19

included
    132:6
    140:9
    141:10

index
    130:18

indicating
    27:15,20
    28:1,7

indication
    73:5

indifferent
    10:17

individual
    123:3

infection
    28:17
    29:6
    37:18
    38:2
    40:17
    80:7
    85:14
    92:21
    113:19

infections
    61:21
    105:18

information
    65:1
    147:1

informed
    39:16

injury
    31:10
    87:14
    92:14
    100:5

inmate
    119:12
    136:22
    142:16,20
    145:12
    146:8

inmates
    52:18
    85:6
    126:4

inmates'
    55:12

inside
    63:9
    113:22

Inspect
    80:15

INSTITUTION
-TALLADEGA
    6:5

issue
    140:6

issued
    152:14

issues
    84:11
    131:6,8

items
    134:19
    135:4,7,
    8,12,13,
    15,17
    136:6

───────────

        J

jail
    7:1 9:23
    10:3,16,
    23 12:5,8
    14:18
    32:9 37:8
    38:10
    39:11,16
    44:13,21
    47:5
    55:8,16
    57:5,12,
    17 63:14
    65:2
    67:22
    72:9 87:1
    97:8
    99:17
    100:18
    101:10
    104:19
    106:16
    110:15

122:23
123:23
125:6
129:9
132:12
134:4,5,
7,21
136:9
139:5
143:3,15
148:10,13
149:6
152:8

January
    77:22
    78:10,12
    79:3
    83:18
    86:5,8,13
    106:12

jaw
    28:21
    29:1 35:8
    61:20
    63:12
    81:1
    93:10
    100:5,10
    101:15
    102:9,17
    111:14,18

Jean
    39:14,18,
    22 40:1,6
    74:14
    92:10
    124:10,
    11,12

Jeff
    124:1,2,4

Jefferson
    142:21
    145:6,10
    146:17

148:7
149:10,11

Jeremy
    39:14,18
    40:6
    92:10

job
    129:14

judge
    152:14

July
    134:14
    135:5
    141:18
    151:19

jump
    8:1

June
    9:18 77:3

Justice
    113:5
    120:15

juvenile
    152:1

───────────

        K

Keflex
    38:3,6

Kepley
    111:10

Kidd
    7:1 10:16
    45:7,22
    47:9,19,
    22 49:1,4
    71:1
    73:13
    105:21
    108:16,18
    109:4,5,



800.211.DEPO (3376)
EsquireSolutions.com

REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
Index: kind..meant

19 110:5,
11 125:8
133:9
139:22

**kind**
74:2
95:14

**knew**
20:6
32:15
147:10

**knowledge**
140:16,
20,21
141:2,7,
11

**Kool-aid**
135:19

_____

L

_____

**laid**
105:2

**lawsuit**
10:8
19:15
59:20
60:9
134:9,12

**leave**
10:5
143:8

**led**
38:21

**left**
22:12
27:18
59:9 81:2
87:15,17
112:16,21
113:21
130:17

142:21
143:9
144:5,7,
10,13
145:1
149:16,17
151:11
152:9

**lesion**
80:15

**lesions**
80:18

**letter**
23:14
24:5
39:12

**letting**
60:12

**level**
105:21

**list**
17:19
18:11
136:2

**listed**
98:10,13

**lists**
71:10,11

**local**
52:16,17
85:4
113:18

**long**
24:23
25:2
31:10
34:3
79:23
92:15
100:11
143:17
151:19

**looked**
19:22
20:22,23
46:20
96:9
120:5,7

**losing**
61:16

**loss**
63:6
105:11

**lost**
61:18

**lot**
29:19
135:7
146:12

**lower**
27:18
112:21
113:21

_____

M

_____

**M-u-r-p-h-y**
6:21

**made**
74:6
97:22
100:19
112:16
121:4,14
125:19
129:22
132:5
137:18
139:13,23
140:9,23
141:9
153:10

**main**
10:8

**major**
54:14

**majority**
58:18

**make**
54:16
55:6 66:1
68:7
69:11,14
71:19
74:21
86:14
91:7,16,
17 98:8,
22 112:19
132:3
153:18
154:10

**makes**
73:12
89:11

**making**
57:14
58:2 96:3
137:16

**March**
75:17,18
76:4 89:8
90:13,16,
17,21,22
91:4
94:3,22,
23 106:12
144:8,14
146:4
151:5

**Marijuana**
151:2

**mark**
14:6
142:1

**marked**
12:20

14:11
28:13
30:14
142:6

**Marshal**
97:7,11
113:5,12
121:15

**marshals**
49:11
51:15
96:17
97:4
110:22
120:16
122:13
123:4

**marshals'**
123:8

**mask**
37:20
103:5

**mate**
143:12,18
144:22
145:23
146:6

**mates**
143:22
144:4,5,
11 145:2
146:2

**meals**
105:11

**meaning**
11:4 30:8
51:13

**means**
24:14
69:15
84:1 99:9

**meant**



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
Index: medical..Moultrie

| | | | | |
|---|---|---|---|---|
| 62:16 | 67:23 | 23:18 | minutes | motion |
| medical | 70:2 | 40:18 | 25:2 | 152:18, |
| 10:18 | 71:7,22 | 71:22 | 42:11 | 21,23 |
| 12:5 13:8 | 72:3 | 115:1 | 122:20 | |
| 14:19 | 74:22 | 125:6 | misreading | Moultrie |
| 18:2 | 75:8 | 132:11 | 49:4 | 9:23 10:2 |
| 19:1,8 | 76:8,13, | | | 12:7,12, |
| 21:10 | 20 82:11 | mentions | missing | 16,22 |
| 23:23 | 88:18 | 121:7 | 50:2 | 14:17 |
| 26:5,9 | 89:13 | met | molar | 16:11 |
| 30:14 | 93:20 | 104:18 | 27:18 | 18:17,20, |
| 38:10 | 94:5 | 125:15 | 112:21 | 21 19:5, |
| 44:12 | 136:17,22 | | 113:21 | 8,16 |
| 54:22 | 139:20 | mg | | 21:11 |
| 55:6 59:4 | | 24:6 | Monday | 23:1,9,12 |
| 61:5 | medications | 36:22 | 103:3 | 26:7 |
| 63:14 | 36:18 | 38:3 72:2 | Monitor | 30:15 |
| 65:1 | 37:1,3,6 | 73:17,18 | 29:11,12, | 32:8,19 |
| 68:15 | 46:1,4 | 87:19,20 | 15 | 33:19 |
| 83:16 | 47:4 | 88:11,14 | | 35:16 |
| 84:10,12, | 56:5,22 | 89:4 90:1 | month | 36:18 |
| 17 85:18 | 66:2 | 94:23 | 15:3 55:2 | 37:7,13 |
| 88:3 | 71:11,12 | | 72:18,21 | 38:11,13 |
| 94:21 | 77:17 | Michael | 76:14 | 39:17 |
| 95:9 | 113:20 | 142:13 | 144:5,9, | 41:9 |
| 98:14 | | 143:2 | 15,23 | 43:15,22 |
| 104:17 | medicine | 145:19 | | 44:8,14, |
| 106:9 | 20:19 | 146:10 | months | 20 47:4 |
| 110:20,21 | 23:10 | 148:7 | 75:10 | 50:6,12 |
| 112:5 | 25:11 | | 105:17 | 51:1,3, |
| 113:6 | 31:16,17 | mid | 106:3,11, | 13,22 |
| 115:10, | 32:4 | 144:14, | 13 115:7 | 52:3,22 |
| 11,16,21 | 33:15 | 17,21 | 143:20,21 | 53:1,13, |
| 117:15 | 46:15 | | 145:16 | 18,21 |
| 120:17 | 47:8 54:7 | middle | 150:12 | 54:12 |
| 131:2,8, | 55:18 | 22:11 | 151:11 | 57:3,11 |
| 23 138:8 | 56:10,14 | 35:19 | | 59:1,4 |
| 152:21 | 66:18 | milligrams | morning | 60:13,21 |
| medication | 67:14 | 25:16 | 10:7 | 62:5 |
| 23:11,13 | 91:22,23 | 28:16 | 42:16,23 | 63:3,4, |
| 24:3 | 98:5 | 29:9 | 43:9,23 | 14,16 |
| 25:19 | meds | 46:14 | 44:9,10 | 65:2,3,4, |
| 28:14 | 17:9 | 47:1,2 | 48:13 | 12,17 |
| 40:3 49:6 | mention | 81:17,18 | 109:23 | 66:8,11, |
| 62:19 | 106:14 | 89:20 | 118:20 | 14 67:1 |
| 65:5 66:5 | mentioned | 93:17,18 | 122:19 | 68:10 |
| | | mine | 128:2 | 70:23 |
| | | 70:22 | | |



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
Index: mouth..November

| | | | | |
|---|---|---|---|---|
| 71:6,21 | 5,9,16,22 | moving | 42:14,17, | 80:18 |
| 72:23 | 117:11 | 102:17 | 19 43:2 | 81:1 |
| 73:7,9, | 118:22,23 | multiple | 44:1,2,3, | 88:18 |
| 10,11,19, | 120:9,12 | 105:7,8, | 6 46:17 | 90:2 93:9 |
| 20 74:22 | 121:19 | 18 | 85:16 | 102:12,16 |
| 75:7,11, | 123:2,22 | | | 110:18 |
| 20 76:2, | 126:12,22 | Murphy | nodding | 111:18 |
| 6,13,19, | 127:5,7,8 | 6:8,12, | 8:11 | 112:15 |
| 20,23 | 128:20, | 18,20,22 | nods | 131:23 |
| 77:23 | 21,22 | 119:12 | 8:7 35:1 | |
| 78:1,3,21 | 129:22 | 135:8 | 132:20 | notes |
| 79:1,4,8 | 130:4 | Musculoskel | nonverbal | 40:8 82:4 |
| 82:14 | 132:8 | etal | 8:19 | 83:16 |
| 84:8,17 | 134:1,3, | 130:12 | | 112:14 |
| 86:18 | 5,20 | | noodles | 117:23 |
| 88:7,8, | 136:9 | ———————— | 135:19 | 119:9 |
| 16,18,23 | 139:3,4 | N | normal | 121:13 |
| 89:10,11, | 140:9,10, | | 8:12 | 131:23 |
| 12,19 | 18 143:3, | names | | notice |
| 90:2,18 | 15 148:10 | 147:21 | Notary | 11:10 |
| 91:11,12, | 149:6,16 | | 6:2 | 36:20 |
| 14 92:2, | 152:7 | Nancy | notations | 41:18 |
| 7,8,12 | | 21:16,19 | 113:15 | 43:15 |
| 93:11,23 | mouth | 25:3 60:4 | | 69:4,10 |
| 94:1,3, | 11:23 | 61:3,9 | note | 71:21 |
| 14,21 | 20:22 | 62:9 | 19:9 | 73:19 |
| 95:10 | 25:4 | 85:19 | 21:11 | |
| 96:12 | 28:18 | 96:5 | 26:5,10 | noticed |
| 97:7,18, | 29:2,7 | 97:13 | 61:5 | 16:8 |
| 19 98:1, | 41:6 | | 68:16 | 131:4 |
| 2,19,21 | 49:16 | narrating | 74:21 | notified |
| 99:3,6,7, | 78:17 | 55:12 | 81:8 | 105:20 |
| 12 | 80:15 | Nasol | 87:18 | 106:14 |
| 100:18, | 105:19,20 | 69:16,21, | 112:5,16 | 108:12 |
| 20,21 | 120:5 | 22 70:1 | 113:10 | 118:9,10, |
| 101:17 | move | needed | 117:15 | 12 122:14 |
| 102:22 | 38:8 | 70:10 | 130:11 | 123:9 |
| 103:7,8, | 102:19 | 73:21 | 153:18 | |
| 10,21,22 | 111:21 | 133:16,18 | noted | notify |
| 104:2 | | | 20:14 | 106:20 |
| 107:7 | moved | negative | 22:10,16 | 108:17 |
| 110:16 | 85:8 | 135:3 | 28:2 35:7 | noting |
| 111:2 | 128:2 | Nicolas | 36:19 | 126:12 |
| 112:7,12 | movement | 147:17,20 | 37:22 | November |
| 113:4 | 35:8 81:1 | 148:6,9 | 43:17,22 | 11:12 |
| 114:5 | 93:10 | | 49:9 | 16:7,17 |
| 116:1,2, | | night | 56:17 | 18:18 |


ESQUIRE
SOLUTIONS

REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
Index: numb..order

19:12
20:11
21:8
23:1,2
25:4
26:6,12
27:6,7,9
33:10
35:15
38:10,17
40:6
43:17,21
44:14
45:1
47:12
50:5,11,
15,23
51:22
53:5,9,
10,11,16,
17 57:5
65:20
66:10
73:2,12,
14 80:1,4
83:17
100:12
105:15
106:5,10,
11 107:23
108:23
124:16
125:1,16
136:10
148:14

**numb**
59:9

**number**
12:19
13:14
14:10
28:11
57:15,16,
17 58:2
84:7
107:5

109:21
119:16
141:19,20
142:2,5

**Numbered**
12:11,16
13:10
16:11
26:7
141:17

**numbers**
14:1
129:7

**numbness**
60:17
61:2

**nurse**
12:1
14:20
15:1,4,5
17:16,17,
21 18:3,5
19:22
20:10
21:15,16
23:2,7,8,
23 24:18
25:3
26:21
27:5,10,
13 30:3
31:5,21
39:5 46:2
49:5
52:13,15
54:9,10,
13 55:1,
7,16
59:22
61:9 62:9
64:17
66:1,19
68:18
70:12
77:14

81:21
83:6,9,19
84:4,13
96:2,5
97:2,13
101:1,4,6
103:2
105:8
106:22
107:3,12,
22
108:11,19
109:4
110:3,5,
23 114:20
115:5,6
117:20
125:7
131:22
132:22
133:3,4,
11,12,22
137:1,2,
5,7,8,19
138:5
139:14
147:3

**nurse's**
18:1
19:18
21:11
54:10
118:4
132:13

**nurses**
55:22

**nurses'**
109:12,
16,19
125:9

―――――――――

O

―――――――――

**occasion**

49:6

**October**
10:4,23
134:14
135:5
143:5
146:7
149:4
150:14,17

**office**
13:1,4
18:2
119:9
123:21

**officer**
17:8,12,
14 18:18
31:17,23
34:7
36:10
39:8,13,
22 40:1
41:17
42:2,9
45:10
46:19
48:17
49:1
55:10,11,
21 64:16
71:1,2,20
74:14
79:16,17
84:7
86:15
87:9
91:7,18
92:10
102:12
103:17
107:18
111:10
124:8,10,
11,12
136:16

141:4,5

**officer's**
39:17
102:2

**officers**
15:19
47:6
54:3,5
56:2
58:10
66:3
98:23
105:8
109:17
110:8
115:12
133:7

**onwards**
144:21

**open**
28:23

**opened**
29:1

**opening**
22:16

**option**
153:16,19

**Orajel**
83:6,10,
13,20
84:3,14

**oral**
6:8 13:8
121:5

**order**
49:4
52:16
65:23
66:4
83:10,19
84:14
97:11



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
Index: ordered..portion

100:22
120:15
135:14
152:13,15
153:7

ordered
83:7 84:4
88:20
89:13
93:13
111:23
136:23
139:23
140:1

orders
35:20
41:17
42:10
46:7
55:10
56:4,18
81:12
93:12
102:23
128:12

———————

P

PA
36:8
81:21,23
96:14

pacifying
115:15

pack
36:1
73:21,23
74:3,15,
18

pages
29:18

pain
11:19,21

20:15
21:1,3
25:11
32:21
33:3,4
34:3
37:20,21
38:23
39:2 40:4
42:1
46:15
49:6 63:7
79:21,23
86:15
92:15
98:6
100:12
103:5
105:10
112:3
113:17
115:15
117:23
123:11
127:12
137:6
140:5
147:20

paper
56:19,20,
22

parentheses
69:18

parol
151:9,16,
18

part
88:5
95:20
109:11
134:4
140:18

pass
110:22

passed
115:4
131:21

passenger
124:13

passes
42:6

passing
17:9

past
40:17
80:7
92:21

pastries
135:10

patient
70:11
85:21
114:2

patrol
126:4

pending
7:3

Penicillin
37:23

people
8:4
135:23
136:5

period
23:3 32:7
76:8 79:6
83:17
143:14

person
142:9

personal
126:9

personally
123:20

124:6,17,
23 125:7,
11

pertain
129:8

pertaining
12:7 16:2
61:12
86:12
128:20

pertinent
131:9

phone
31:8,15
32:5
54:17
55:9
135:13,
16,23
136:2,5,6
147:15

photocopying
72:14

phrased
9:1

physically
54:19,21
55:8,16

physician
116:8
120:19

physician's
35:20
36:3
41:17
56:18
81:12
82:5
93:12
100:22
102:22
120:21

128:12

pill
25:17
72:6

pills
48:5,8,
19,20
88:14
89:20
93:19

pinky
59:9

place
55:5

Plan
28:13
69:16

PO
88:11

pod
34:16,17
146:4

point
37:11
49:19
50:10
52:4
114:23
118:15
127:14
152:22

pointed
76:23
89:1
139:21

pointing
53:7
94:20

poorly
9:1

portion



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
Index: possession..put

35:6,9,
11,17
104:5

possession
150:4,9,
23

pound
63:5

pounds
61:18
62:23

power
104:19

precise
107:4

preprinted
32:20

prescribe
54:7
62:19
136:16,18

prescribed
20:19
23:10
24:4,11
25:20
28:14
63:22
64:4,11,
20 67:14,
18 93:18
94:16
95:6
102:23

prescribes
32:4

prescriptio
n
46:16
49:4 66:1
67:23

prescriptio
ns
47:7

present
55:8
56:13

pressed
43:7

pressing
102:18,20

pressure
20:12
29:12
31:12
60:1
117:9

pretty
45:20
55:5,13
105:1

previous
46:6

previously
16:11

prior
97:1
150:19,21
151:21

Prisoner
113:6
114:2
120:17

problem
10:10
11:1,7,9,
11 16:8
20:1
31:19,20
32:8 39:1
45:13,16
54:14,23
56:4
85:20

102:17
105:3
106:4,9
108:14
112:15
113:16
123:11
124:18
135:11
136:10
142:22

problems
55:7,12
78:19
129:17
147:10

procedure
42:12
55:5,13
91:8,19
99:1
103:18
131:22
132:5
141:1,5

proceedings
6:10

process
7:11
14:17
33:13
47:3
65:22
96:15,19
97:3,7
154:14

processed
140:23

produced
12:4
13:18
15:12
16:3
131:2

132:7
138:17

Progress
19:9
21:11
26:5,10
61:5
68:15
112:5
117:15

prompted
38:20

Protective
120:14

protocol
18:11,14
30:20
31:3
32:1,18
33:12
35:15
36:12
38:14,21
39:6
42:8,12
43:16
55:5
56:17
64:5,7,8
79:11,12,
17 86:12,
21 87:1,
6,23 88:5
91:8,13,
17,18
92:5 94:8
98:22
99:1,14,
21 101:3,
20
103:17,21
106:19
107:8
108:9
111:4

127:1,2
128:7,15
130:5,6,
12 131:21
132:5
139:20,23
141:1,5,6

protocols
30:22
97:20,23
98:3,4,7,
18 105:7
114:3
137:14,18
139:6
146:15

provide
152:19

Public
6:2

pulled
33:17
40:18,23
41:13
76:5
78:18
93:2,4
94:13
95:23
133:17,19
142:17
144:1,6,
10,16,18
145:1
149:13,15

punishment
52:20
105:16

purpose
104:13

put
12:1 13:6
14:21
15:6,9



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
Index: puts..release

23:6
49:18
50:16,21
51:7,17
52:12,21
64:17
66:21
67:22
68:6
71:2,18
76:17
78:12
83:19
84:12
96:10
97:16
98:3
104:21
114:5,11,
20 115:8,
13 116:13
124:20
125:20,23
126:13
141:23

puts
17:14
35:4

putting
59:23
72:15

PX
27:18

Q

question
7:19 8:2,
23 9:5
52:9
86:11
135:2

questions
7:13,14

8:18 9:9,
16 31:9
33:18,20,
21,23
34:6 40:9
42:8
84:11

quotes
51:17

R

R-e-g-i-n-
a-l-d
6:21

Radia
6:16,23
131:16
152:11
153:5,12,
15 154:3,
5,9

rag
36:2

range
134:13

read
22:13,18
23:17,22
24:6
25:21
27:15,16,
20 28:1,8
45:18
46:16
47:16,18,
19,20
52:23
69:17
70:7
129:7

reading
22:17,18

69:23

reads
27:12
52:11

ready
52:8

real
49:17

reason
9:12
10:8,9
39:19
43:14
60:5
90:10
119:22
134:18

recall
47:10,11
87:5 97:5
132:9
136:13

receive
12:10

received
12:23
13:1,7
26:15
63:21
67:15,17
84:6
86:23
119:8
129:9
134:4
137:23
138:1

Receiving
57:20

recently
39:13

recess

131:18

recognize
21:21,23
29:14
30:17
44:16
57:8
60:22
68:10
78:4 79:9
82:14
84:18
86:20
92:3
95:12
99:13
111:3
116:22
117:12
119:5
120:13
121:20
126:23
142:3

recognized
10:9
48:17

recollectio
n
100:8

recommended
121:8

record
6:19 8:20
12:3,9,15
13:7 19:4
71:7,8
86:22
91:16
134:6
152:2
153:13,14

records
12:5,23

13:8
14:15
17:3
44:13
84:17
86:23
95:10
139:4
152:21

refer
13:19,21
29:23

referral
96:14
97:3,7
113:1,10
114:19,21

referred
98:9
119:18
121:8

referring
40:21
51:2,18
52:2 64:2
119:15

reflect
37:6

reflected
101:12

refresh
100:7

REGINAL
6:12

Reginald
6:7,20
119:12

relative
143:3

release
151:10,
11,16



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
Index: released..sense

152:9

**released**
151:16

**relevant**
60:8,18
61:14
62:2

**remember**
11:16
12:18
17:7 20:9
24:19
25:1,23
27:5,8,10
30:2,4,9,
10,12
32:6
33:10
38:5
39:9,10,
22,23
47:17
65:4
70:13,14
72:5
77:19
79:7
86:1,3
87:9,22
94:15
96:2,7
99:20
100:2
101:9,14
102:5
107:1,2,3
109:20
110:14
112:11
118:3
120:2,3
141:14
143:21

**removal**
13:9 77:8

127:15
129:8,10,
20

**remove**
119:20
121:6

**removed**
80:9
128:23
131:5

**removing**
129:15

**Renfroe**
6:5

**rephrase**
9:6

**reported**
80:13

**reporter**
6:2 7:12,
16 8:3
153:9,20
154:12

**representing**
6:23

**request**
15:9
16:14
18:17
20:4
22:23
23:4
49:18
50:4,17,
23 51:16,
21 52:1
53:3,4,12
58:5,8
63:23
66:23
67:4,23
68:7,22

77:16,22
78:6
79:1,3
84:19
95:15
96:3
104:4
107:15,
17,18
109:11
113:6,17
117:2,20
120:17
121:4,5
138:20
140:17

**requested**
49:12
51:15,17
74:16,19

**requests**
15:12
16:2 79:5
86:5
97:17
103:9,14
107:20
110:21
131:20
132:4
137:8,13,
17 140:8,
22 146:13

**requests/complaints**
98:23

**responded**
57:10
58:17
122:23

**response**
13:3 54:1
57:4,14
58:2,16,

19,21
59:1
64:15
68:21
73:6
77:15
84:6
103:12
107:15
110:15,18
117:20
121:2

**responsible**
110:21

**rest**
22:13
24:6
53:23

**restriction**
35:8
80:23
93:9

**review**
153:21

**reviewed**
16:4

**reviewing**
153:16

**right-hand**
29:21

**ring**
21:18
32:14

**risk**
127:23

**Road**
6:5

**Robert**
142:21
145:6,10
146:17
148:7

**room**
18:4 22:7

**rotating**
25:18

**rule**
8:8 30:5,
7

**rules**
7:11

**runs**
104:19

**RX**
28:5

---

**S**

**S/s**
69:11

**sat**
7:6

**scheduled**
128:10

**scratched**
139:22

**section**
35:19

**Security**
9:20

**sees**
17:21
23:7

**send**
13:14
113:12
154:5,10,
11

**sending**
110:21

**sense**
73:13



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
Index: sentence..sir

| | | | | |
|---|---|---|---|---|
| 89:11 | **Severe** | 6:1 | 97:16 | **signed** |
| | 38:2 | **show** | 103:9,13 | 57:19 |
| **sentence** | | 69:7 | 105:5 | 58:1 |
| 22:14 | **shaking** | 133:23 | 106:23 | 116:8 |
| 150:3 | 8:14 | 141:23 | 107:15, | 142:9,11 |
| | | | 16,17,19, | |
| **sentenced** | **sheet** | **showed** | 22 109:10 | **signs** |
| 148:16,20 | 61:18 | 109:17 | 117:2,20 | 20:18 |
| 149:23 | 88:5 | | 131:20 | |
| 150:16 | 115:4 | **showing** | 132:4 | **similar** |
| | 139:7 | 12:15 | 133:1,12 | 26:17 |
| **Sentencing** | | 90:11,20 | 137:13,17 | |
| 150:15 | **sheriff** | 101:14 | 138:2,4, | **sir** |
| | 6:23 | | 8,19 | 7:7,9 |
| **separate** | 10:15 | **shown** | 139:13 | 9:21 |
| 18:12,13 | 104:10, | 13:12 | 140:8,14, | 10:13,19, |
| | 15,18 | 37:1 | 17,22 | 21 11:3, |
| **Sergeant** | 114:6,7, | | 146:12 | 5,17,20 |
| 7:1 10:16 | 9,11,12, | **shows** | 147:7 | 15:22 |
| 45:6,9, | 15,16 | 61:23 | | 16:9,16, |
| 11,22 | 115:1,4 | 69:5 | **side** | 19 17:1 |
| 49:1,3 | 120:4,7 | 94:22 | 28:21,23 | 18:4,19 |
| 105:20 | 121:22 | | 63:11 | 20:2 |
| 108:16 | 122:1,12 | **sick** | 81:2 | 21:7,9,23 |
| 133:9 | 123:7,14, | 12:1 | 87:17 | 22:9 |
| | 19,22 | 14:21 | 100:10 | 24:13,15 |
| **serve** | 124:1,4, | 15:9,11 | 102:9,13 | 25:6 |
| 153:2 | 11,13,15, | 16:1,13 | 124:13 | 26:20,22 |
| | 17,20,23 | 17:18 | | 27:1,4,8, |
| **Service** | 125:3,13, | 18:17 | **sign** | 11 30:10, |
| 97:11 | 20,22 | 20:3,5 | 57:23 | 19 32:2, |
| 113:6,12 | 126:2,3, | 22:23 | 116:10 | 10 34:22 |
| 120:16 | 7,10,13 | 23:4 | 146:22 | 35:21 |
| 121:15 | | 50:4,17, | | 38:1,7 |
| | **sheriff's** | 20,23 | **signature** | 39:7,21 |
| **services** | 123:21 | 51:21 | 21:12 | 40:7 |
| 115:16 | 124:9 | 53:12 | 22:5 | 44:17 |
| | 126:1 | 58:9,13, | 29:14,16 | 49:7 |
| **serving** | | 21 64:18 | 36:4,6 | 50:9,18, |
| 150:3 | **shift** | 66:23 | 39:17,18 | 20 51:4, |
| | 47:10,11 | 67:4,22 | 82:5 | 10 52:5 |
| **set** | 110:1,2 | 68:7,21 | 85:19 | 53:15,20 |
| 12:16 | | 77:16,22 | 87:11 | 57:9,13 |
| 13:18,19, | **shipped** | 78:6 | 88:21 | 58:18 |
| 20 103:2 | 146:4 | 79:1,2,5 | 120:20,22 | 59:2,18 |
| 114:1 | 149:8 | 84:12,19 | | 60:10 |
| 122:15 | | 85:9 86:4 | **signatures** | 62:11,21 |
| 123:6 | **short** | 95:15 | 88:22 | 66:17 |
| 127:16 | 131:18 | 96:3 | 107:19 | |
| 134:13 | | | | |
| | **Shorthand** | | | |
| **setting** | | | | |
| 60:15 | | | | |



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
Index: situation..surgery

68:23
69:2
71:9,14
72:20
74:1,20
77:10
80:12,14
81:5
82:3,16,
20,22
83:1,21,
23 84:1,
21 86:10,
16 87:4,
11 88:1
89:14
90:23
91:9,15,
21 92:5,
12,17,20,
23 93:8
97:5,20
98:10,12
99:22
100:1,13
101:14,22
102:4,6,
10,15
103:15
104:1
106:6
108:15
110:17
111:21
112:2,13
120:1
126:11,20
131:13
135:1,4
140:20
141:15
143:16
situation
104:23
115:22
154:12

sleeping
42:19
43:2
slip
64:18
slips
105:6
Social
9:19
soreness
69:18
70:7
sort
70:2
82:11
speak
124:23
specific
147:1
specifically
10:11
11:13
20:9
33:10
109:18
specifics
16:6
spell
6:19
148:1
spoke
87:10
124:17
125:15
147:3
spoken
35:12,18
spots
117:9

sprain
130:13
staff
18:6
23:23
54:14
65:2
67:22
84:12
85:19
115:10,11
stage
17:4
Standard
123:19
124:1
start
9:15
14:14
19:23
23:13
66:6
96:14,19
97:3
started
11:18,22,
23 19:15
27:3 47:1
50:3 65:7
78:17
82:10
106:4
starts
24:5
25:20
29:10
state
6:2,18
150:21
States
120:15,16
station
18:1

19:18
54:10
109:12,
16,20
125:9
133:12
stay
9:23 12:7
14:15
Stevely
21:16
85:19
stick
35:3 74:4
stop
25:12
98:5
stopped
94:6
stops
66:7 94:1
straight
114:7
stretching
62:14
stuff
31:13
52:10
53:23
61:11
135:22
147:7
Subject
120:14
submit
66:14
79:5
103:9,16
136:8
submitted
77:22

123:4
146:12
subpoena
13:3
subsequently
13:7
substance
151:1
sued
7:2
suggesting
114:14
suggests
24:11
113:1
summarize
45:21
49:2
suppose
36:4
supposed
46:23
48:4,18
57:19,23
58:4
66:5,17
85:5
113:11
114:12
surgeon
13:9
119:19
121:9
128:23
129:10
surgeon's
121:11
surgeries
143:23
surgery



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
Index: Susan..timing

40:17
77:6,8
80:8
92:22
121:5
127:16,20
128:4,8
130:9
148:22

Susan
6:1

swelling
78:18

switching
23:21

swollen
80:19

sworn
6:13

symptoms
11:22

system
42:13
154:6

_____

T

T-y-r-o-n-e
6:21

tablets
36:23
38:3

tabs
88:11

takes
35:5
52:14
107:18
118:21

taking
8:17

23:20
25:15
35:7 72:5
107:3
142:19

talk
7:17 14:2
31:7
54:15
125:4

talked
48:16
50:5,20
65:15

talking
8:4 15:15
22:4
26:21
30:21
34:12,23
36:5
53:23
60:16
77:14
93:1
100:17

talks
113:18,19

Talladega
6:6

teeth
40:18,22,
23 41:5,
13 80:8
92:22
144:6,10
145:1

teething
20:23
21:4
25:10
83:13

telling

48:2
55:21
56:10

tells
31:15,16

ten
90:7 91:1

Tender
27:22

terms
14:19
20:20
47:3
56:16
89:12
126:18

testified
6:14 7:8
40:3

testimony
8:18

Thanksgivin
g
10:7

thing
7:13 8:22
17:6
60:11
61:15
68:9
69:10
73:17
86:17
92:2
99:11
111:1
112:4
116:7,15
120:10
121:18
126:21
138:9
141:12

142:22

things
27:14
34:1 81:9
105:23

thinking
70:1
148:19

thinks
15:7

Thomas
7:1 10:15
124:2,4

thought
82:10
122:17
132:17

three-ring
72:13

threw
120:8

time
8:5,23
9:12 11:1
22:6,22
23:2,3
25:5 29:1
32:7 39:2
42:6,7,
13,15
43:11,17,
22 44:3
45:9
48:12,15,
16 50:3
56:2,23
58:19
59:11
60:6
61:19
63:8
66:15,19
71:4

74:15
79:6
83:17
89:16,21,
22,23
97:9 98:8
105:18
106:7,21
107:11
108:10,12
109:7,9,
23 110:4
114:1
115:12
118:8
122:9
124:14,16
132:11,
18,19
134:21
139:13,
19,22
141:4
145:14
147:4,5
148:9,12
150:20

timeline
30:13
44:12
50:4

times
29:13
36:1 71:3
73:18
81:18
88:11
93:14,15
100:23
103:1
108:21
109:18,22
112:1
125:8

timing



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
Index: titled..Tylenol

43:15

**titled**
  26:9

**toaster**
  135:10

**today**
  13:12,17
  136:12

**told**
  20:23
  21:2
  24:20
  43:8 48:4
  56:6
  59:22
  61:3
  66:19
  67:22
  68:3 71:1
  84:13
  85:7
  96:20
  97:2,13
  118:3
  122:7
  123:7
  125:23
  133:15

**Tony**
  145:23
  146:6,8,
  17
  147:13,
  20,22
  148:12
  149:3

**tooth**
  10:10,11
  11:1,6,8,
  11,18
  13:9
  16:2,8,
  15,22
  17:5

20:15
22:12,15
23:5 25:9
28:6,19,
20 29:2,7
32:8 33:4
40:7
43:4,12,
13 45:13,
16 56:3
59:17
61:16
62:10
63:7 64:3
66:15
69:17
70:6,11
76:4 77:9
78:17
79:21
83:11
85:11
86:6,14
87:16,17
95:23
100:9
102:8,13,
17,19
105:9,19
106:4,9
108:14
109:15
111:13,19
112:15
113:21
114:22
117:23
119:16,
18,20
121:6
124:18
127:11
128:20
129:1,9,
11,15,20
130:15,23
131:5,11,

14
133:13,19
135:11
136:9
142:17,22
143:23
144:16,18
147:11
149:13,14

**tooth-pain**
  130:12

**toothache**
  68:20
  69:3

**top**
  26:9
  29:20
  32:20
  41:6
  72:1,2
  80:8
  82:23
  95:20
  104:5,11
  112:23
  114:6,11
  124:20
  125:21
  126:1,13
  130:11

**total**
  91:1

**trade**
  135:16
  136:7

**traded**
  135:13,23

**trading**
  136:5
  147:18

**trail**
  145:8

**transcribe**
  23:23

**transcribin
g**
  153:10

**transcript**
  14:4
  152:13,16
  153:7,8,
  17 154:2

**transcripti
on**
  153:18

**transferred**
  10:6
  115:17,18
  143:10
  149:19,21
  150:1

**treatment**
  35:9
  40:13
  42:22
  80:4
  92:19
  100:15

**triggered**
  11:16

**trouble**
  146:3
  149:8

**Trussell**
  7:2 10:17
  99:18
  101:10
  105:20
  106:15
  108:11
  110:12
  125:7
  132:12,
  15,23

**Tuesday**
  81:22

**turn**
  35:14

**turned**
  18:16
  140:15,17

**two-**
  32:18

**two-page**
  30:18
  38:14
  79:12
  92:3
  101:20
  111:5
  127:2

**Tylenol**
  23:19,20
  25:11,13,
  14,16
  26:1
  35:23
  37:14,20
  38:22
  40:3
  41:21,22,
  23 46:7,
  8,10,12
  56:18
  71:2,3,5,
  16,19
  72:6
  73:13,17
  81:17
  87:20
  88:11,19
  89:1 90:1
  100:23
  102:23
  103:4
  111:23
  112:17
  113:20



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
Index: typed..wrong

147:15, 18,19

typed
35:10
113:16

typed-
35:10

Tyron
6:20

TYRONE
6:7,12

**U**

Uh-huh
148:23

unclear
8:20 9:1

understand
8:6 9:4,6
49:23
50:14
51:5,10
125:14
153:3

understanding
14:16
27:17
31:1
32:11

United
120:15,16

Unlawful
150:8

unrelated
93:2

unusual
52:20
105:16

urgent
31:19

UUW
150:6

**V**

visit
22:3
24:17,20, 23 61:12
62:9
70:13,14, 16 77:14
96:8,14
118:5
120:2,3
126:5
132:13
133:12,13
139:14

visited
101:4,6

visits
97:15
107:22
131:22

vital
20:18

vitals
35:2,5,7
80:11
93:7

**W**

wait
7:21 14:7
19:1 23:7
43:8
52:8,16, 19 54:16, 23 122:12

123:8

waiting
114:1
115:16
121:14

walk
109:11

Walk-on
54:2

wall
43:8

wanted
49:9,15
104:16
115:3

warm
36:1

waste
60:6

weapon
150:8

week
15:2
17:23
18:8
29:13
54:23
135:14

weeks
52:14
63:22
64:13
67:18
85:7

weight
20:13
61:16,23
62:22
63:6 69:4
117:10
118:1

Wilbur
36:10,16
79:18
84:7

William
13:1

Williams
32:13
36:8,9
81:21,23
121:1

wisdom
10:11
16:22
22:12
41:4
69:17
70:6,11
77:9 80:8
92:22
113:21
129:1

witnesses
145:7

wondering
63:20
83:5

woozy
117:8

word
8:13,15
27:20
29:10
82:9
104:10

words
8:9 47:17
70:8

work
14:17,18
30:23
47:3
66:19

92:1
151:10, 11,16
152:9

worked
19:21
65:23
97:7

working
33:15
39:1 98:4
147:14

works
137:11

worse
63:10
123:11,12

wrist
35:4

write
58:21
104:10

writing
14:22,23
22:2,7
34:9
104:13

written
20:6
23:11
24:3 34:1
58:16
105:5
125:19
126:16,17

wrong
16:22
17:4 19:2
46:16
47:16,17, 18,19,20
69:23
122:18



REGINALD TYRONE MURPHY
MURPHY vs. SHERIFF JEFF THOMAS, et al.

February 09, 2015
Index: wrote..years

**wrote**
  50:11
  114:15
  142:8,11

---

**X**

**x-ray**
  119:17

---

**Y**

**year**
  72:19
  92:19
  142:18,23
  149:14

**years**
  145:16
  149:12
  150:11,12
  151:6,7

